**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter    7

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Xenonics Holdings, Inc. | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | FKA  Xenonics, Inc. |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 33-0735966 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 3186 Lionshead Avenue, Suite 100<br>Carlsbad, CA 92010<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | San Diego<br>County | **Location of principal assets, if different from principal place of business**<br>3186 Lionshead Avenue, Suite 100 Carlsbad, CA 92010<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.xenonics.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership<br>☐ Other. Specify: _____ |

| Debtor | Xenonics Holdings, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.**   **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

____

**8.**   **Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| | Debtor | _____ | | Relationship to you | _____ |
|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number, if known | _____ |

Debtor    Xenonics Holdings, Inc.                                    Case number (*if known*) _____
      Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

        Contact name _____

        Phone _____

---

| ■ | **Statistical and administrative information** |
|---|---|

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

3/10/16  2:10PM

| Debtor | Xenonics Holdings, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signature**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 9, 2016
MM / DD / YYYY

**X** /s/ Richard S. Kay                    Richard S. Kay
Signature of authorized representative of debtor        Printed name

Title    Chief Financial Officer

**18. Signature of attorney**

**X** /s/ Michael D. Breslauer            Date    March 9, 2016
Signature of attorney for debtor                MM / DD / YYYY

Michael D. Breslauer
Printed name

Solomon Ward Seidenwurm & Smith LLP
Firm name

401 B Street, Suite 1200
San Diego, CA 92101-4295
Number, Street, City, State & ZIP Code

Contact phone    619-231-0303        Email address    mbreslauer@swsslaw.com

110259
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Xenonics Holdings, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 9, 2016      **X** /s/ Richard S. Kay
                                      Signature of individual signing on behalf of debtor

                                        Richard S. Kay
                                        Printed name

                                        Chief Financial Officer
                                         Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name    Xenonics Holdings, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
   amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $    0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $    70,761.22

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................... $    70,761.22

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................... $    3,630,820.00

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $    419,742.07

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$    943,961.89

4.  **Total liabilities** .............................................................................................................
    Lines 2 + 3a + 3b                                                                                                   $    4,994,523.96

---

**Fill in this information to identify the case:**

Debtor name    Xenonics Holdings, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | California Bank & Trust | Checking Account | | $18.28 |
| 3.2. | California Bank & Trust | Savings Account | | $4.38 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$22.66

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| 7.1. | Eklund Properties (Building Lease Deposit) | $17,590.56 |
|---|---|---|
| 7.2. | SDG&E | $3,148.00 |

| Debtor | Xenonics Holdings, Inc. | Case number *(If known)* | |
|--------|-------------------------|--------------------------|--|
| | Name | | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.

   $20,738.56

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

| 11b. Over 90 days old: | 100,000.00 | - | 50,000.00 | =.... | $50,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

    $50,000.00

### Part 4: Investments

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Miscellaneous Parts | 09/30/15 | $363,918.00 | Market Value | Unknown |
| 20. | **Work in progress** Miscellaneous Parts | 09/30/15 | $48,296.00 | Market Value | Unknown |
| 21. | **Finished goods, including goods held for resale** Night Hunters | 09/30/15 | $122,789.00 | Market Value | Unknown |
| 22. | **Other inventory or supplies** Supervision Parts | 09/30/15 | $542,626.00 | Market Value | Unknown |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Xenonics Holdings, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**23.** **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$0.00

**24.** **Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture**<br>Various office furniture | $3,978.11 | N/A | Unknown |
| **40.** **Office fixtures**<br>Various Office Fixtures | $62,929.00 | | Unknown |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software**<br>Computers, Server, Televisions, Etc. | $64,850.00 | N/A | Unknown |

**42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$0.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    Xenonics Holdings, Inc.                                        Case number *(If known)* _____
          Name

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** SEE ATTACHED LISTS & GOODWILL | $375,000.00 | Market Value | Unknown |

61.   **Internet domain names and websites**

62.   **Licenses, franchises, and royalties**

63.   **Customer lists, mailing lists, or other compilations**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**                                                                           $0.00

      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

## Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

3/10/16  2:10PM

| Debtor | Xenonics Holdings, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**Current value of debtor's interest**

71.  **Notes receivable**
Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| Federal Tax (NOL) | Tax year | 2015 | $0.00 |
|---|---|---|---|

| California State Tax (NOL) | Tax year | 2015 | $0.00 |
|---|---|---|---|

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$0.00

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    Xenonics Holdings, Inc.                                    Case number *(If known)* _____
            Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $22.66 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $20,738.56 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $50,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $70,761.22 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $70,761.22 |

# XENONICS HOLDINGS, INC.
## PROPOSED PATENT APPLICATIONS, PATENT APPLICATIONS AND ISSUED PATENTS
Prepared by Howard IP Law Group, P.C.

As of 11 SEP 2015

Page 1 of 11

## CHART I: U.S. PATENTS ISSUED

| Howard IP Ref. | Product Name | Country | Title | Application No. | Filing Date | Patent No. | Issue Date | Status/Comments |
|---|---|---|---|---|---|---|---|---|
| XEN-2 | NIGHTHUNTER-ONE NIGHTHUNTER II NIGHTHUNTER 3 | United States | APPARATUS AND METHOD FOR OPERATING A PORTABLE XENON ARC SEARCHLIGHT | 09/440,105 | 15 NOV 1999 | 6,702,452 | 9 MAR 2004 | ISSUED. 11 ½ year maintenance fee due by 9 SEP 2015. **Latest Possible Date to pay Maintenance Fee with Surcharge for Late Payment is 9 MAR 2016.** |
| XEN-3 | NIGHTHUNTER II | United States | PORTABLE FOCUSED BEAM SEARCHLIGHT | 29/175,810 | 11 FEB 2003 | D490,924 | 1 JUN 2004 | ISSUED. No Maintenance Fees for Design Patents. |
| XEN-4-US | SUPERVISION | United States | RUGGEDIZED DIGITAL LOW-LIGHT VIEWING DEVICE | 11/257,300 | 24 OCT 2005 | 7,173,237 | 06 FEB 2007 | ISSUED. 7 ½ year maintenance fee paid 2 DEC 2014. 11 ½ year maintenance fee due by 6 AUG 2018. |
| XEN-4-CON | SUPERVISION | United States | LOW-LIGHT VIEWING DEVICE HAVING CAMERA ASSEMBLY WITH IMAGE SIGNAL CONTAINING VISIBLE LIGHT AND INFRARED ENERGY COMPONENTS AND METHOD FOR CONTROLLING SAME | 11/638,203 | 13 DEC 2006 | 7,420,153 | 2 SEP 2008 | ISSUED. 7 ½ year maintenance fee due 2 MAR 2016. **Latest Possible Date to pay Maintenance Fee with Surcharge for Late Payment is 2 SEP 2016.** |
| XEN-5 | NIGHTHUNTER II BATTERY | United States | MODULAR BATTERY PACK FOR A PORTABLE FOCUSED BEAM SEARCHLIGHT | 29/175,812 | 11 FEB 2003 | D480,048 | 30 SEP 2003 | ISSUED. No Maintenance Fees for Design Patents. |

**XENONICS HOLDINGS, INC.**
**PROPOSED PATENT APPLICATIONS, PATENT APPLICATIONS AND ISSUED PATENTS**
Prepared by Howard IP Law Group, P.C.

As of 11 SEP 2015
Page 2 of 11

## CHART I: U.S. PATENTS ISSUED (cont.)

| Howard IP Ref. | Product Name | Country | Title | Application No. | Filing Date | Patent No. | Issue Date | Status/Comments |
|---|---|---|---|---|---|---|---|---|
| XEN-6 | NIGHTHUNTER-ONE NIGHTHUNTER II NIGHTHUNTER 3 | United States | APPARATUS AND METHOD FOR OPERATING A PORTABLE XENON ARC SEARCHLIGHT | 10/414,935 | 16 APR 2003 | 6,909,250 | 21 JUN 2005 | ISSUED **11 ½ year maintenance fee due by 21 DEC 2016.** **Latest Possible Date to pay Maintenance Fee with Surcharge for Late Payment is 21 JUN 2017.** |
| XEN-7 | NIGHTHUNTER-ONE NIGHTHUNTER II NIGHTHUNTER 3 | United States | APPARATUS AND METHOD FOR OPERATING A PORTABLE XENON ARC SEARCHLIGHT | 10/414,936 | 14 APR 2003 | 6,896,392 | 24 MAY 2005 | ISSUED **11 ½ year maintenance fee due by 24 NOV 2016.** **Latest Possible Date to pay Maintenance Fee with Surcharge for Late Payment is 24 MAY 2017** |
| XEN-8 | NIGHTHUNTER II NIGHTHUNTER III | United States | LONG-RANGE, HANDHELD ILLUMINATION SYSTEM | 10/614,635 | 07 JUL 2003 | 7,344,268 | 18 MAR 2008 | ISSUED **7 ½ year maintenance fee due 18 SEP 2015.** **Latest Possible Date to pay Maintenance Fee with Surcharge for Late Payment is 18 MAR 2016.** Note: One divisional (XEN-8-DIV (12/030,612)) was filed and is abandoned. |

**XENONICS HOLDINGS, INC.**
**PROPOSED PATENT APPLICATIONS, PATENT APPLICATIONS AND ISSUED PATENTS**
Prepared by Howard IP Law Group, P.C.

As of 11 SEP 2015
Page 3 of 11

CHART I: U.S. PATENTS ISSUED (cont.)

| Howard IP Ref. | Product Name | Country | Title | Application No. | Filing Date | Patent No. | Issue Date | Status/Comments |
|---|---|---|---|---|---|---|---|---|
| XEN-9 | SUPERVISION | United States | PORTABLE LONG RANGE SEARCHLIGHT WITH TELESCOPIC VIEWING AND IMAGING SYSTEMS | 11/060,903 | 18 FEB 2005 | 7,581,852 | 1 SEP 2009 | ISSUED<br>3 ½ year maintenance fee paid 1 MAR 2013.<br>**7 ½ year maintenance fee due 1 MAR 2017.**<br>**Latest Possible Date to pay Maintenance Fee with Surcharge for Late Payment is 1 SEP 2017.**<br>Note-A continuation application (XEN-9-CON 12/550,837) was filed and is abandoned, per client email of 4/13/12. |
| XEN-11-US | SUPERVISION | United States | DIGITAL LOW LIGHT VIEWING DEVICE | 12/015,040 | 16 JAN 2008 | 7,795,574 | 14 SEP 2010 | ISSUED<br>**7 ½ year maintenance fee due 16 JUL 2017.**<br>**Latest Possible Date to pay Maintenance Fee with Surcharge for Late Payment is 16 JAN 2018** |
| XEN-12 | SUPERVISION | United States | LOW-LIGHT VIEWING DEVICE (SUPERVISION) (DESIGN) | 29/271,334 | 16 JAN 2007 | D564,555 | 18 MAR 2008 | ISSUED<br>No Maintenance Fees for Design Patents.<br>Note-Counterpart EU design registration issued 30 MAY 2008 as Reg. Community Design No. 757554. |

{00172826;v1}

**XENONICS HOLDINGS, INC.**
**PROPOSED PATENT APPLICATIONS, PATENT APPLICATIONS AND ISSUED PATENTS**
Prepared by Howard IP Law Group, P.C.

As of 11 SEP 2015
Page 4 of 11

CHART I: U.S. PATENTS ISSUED (cont.)

| Howard IP Ref. | Product Name | Country | Title | Application No. | Filing Date | Patent No | Issue Date | Status/Comments |
|---|---|---|---|---|---|---|---|---|
| XEN-13-US | NIGHTHUNTER 3 | United States | LONG-RANGE, HANDHELD SEARCHLIGHT | 12/187,952 | 7 AUG 2008 | 8,157,407 | 17 APR 2012 | ISSUED<br>**3 ½ year maintenance fee due 17 OCT 2015.**<br>**Latest Possible Date to pay Maintenance Fee with Surcharge for Late Payment is 17 APR 2016** |
| XEN-13-US-CON | NIGHTHUNTER 3 | United States | LONG-RANGE, HANDHELD SEARCHLIGHT | 13/447,631 | 16 APR 2012 | 8,449,136 | 28 MAY 2013 | ISSUED<br>**3½ year maintenance fee due 28 NOV 2016.**<br>**Latest Possible Date to pay Maintenance Fee with Surcharge for Late Payment is 28 MAY 2017** |
| XEN-14 | NIGHTHUNTER 3 | United States | PORTABLE SEARCHLIGHT | 29/322,616 | 7 AUG 2008 | D590,972 | 21 APR 2009 | ISSUED<br>No Maintenance Fees for Design Patents. |

| PRODUCT LINE | UTILITY | DESIGN | TOTAL |
|---|---|---|---|
| NIGHTHUNTER | 6 | 3 | 9 |
| SUPERVISION | 4 | 1 | 5 |
| | | TOTAL ISSUED: | 14 |

**XENONICS HOLDINGS, INC.**
**PROPOSED PATENT APPLICATIONS, PATENT APPLICATIONS AND ISSUED PATENTS**
Prepared by Howard IP Law Group, P.C.

As of 11 SEP 2015
Page 5 of 11

CHART II:  U.S. PATENT APPLICATIONS PENDING

No U.S. Patent applications currently pending.

| PRODUCT LINE | UTILITY | DESIGN | TOTAL |
|---|---|---|---|
| NIGHTHUNTER | 0 | 0 | 0 |
| SUPERVISION | 0 | 0 | 0 |
| TOTAL PENDING: | | | **0** |

{00172826;v1}

**XENONICS HOLDINGS, INC.**
**PROPOSED PATENT APPLICATIONS, PATENT APPLICATIONS AND ISSUED PATENTS**
Prepared by Howard IP Law Group, P.C.

CHART III: U.S. PATENTS PROPOSED
No Patent applications currently proposed but not filed.

**XENONICS HOLDINGS, INC.**
**PROPOSED PATENT APPLICATIONS, PATENT APPLICATIONS AND ISSUED PATENTS**
Prepared by Howard IP Law Group, P.C.

As of 11 SEP 2015
Page 7 of 11

## CHART IV: FOREIGN PATENTS GRANTED

| Howard IP Ref. | Product Name | Country | Title | Application No. | Filing Date | Patent No. | Issue Date | Status/Comments |
|---|---|---|---|---|---|---|---|---|
| XEN-12-EP | SUPERVISION | European Community | LOW-LIGHT VIEWING DEVICE (SUPERVISION) (DESIGN) | 000757554 | 16 JUL 2007 | 757554 | 30 MAY 2008 | ISSUED<br>Design Registration<br>1st renewal paid JUL 2012. **2nd renewal due 13 JUL 2017.** |

**XENONICS HOLDINGS, INC.**
**PROPOSED PATENT APPLICATIONS, PATENT APPLICATIONS AND ISSUED PATENTS**
Prepared by Howard IP Law Group, P.C.

CHART V: FOREIGN PATENT APPLICATIONS PENDING
No Foreign Patent applications currently pending.

# XENONICS HOLDINGS, INC.
## PROPOSED PATENT APPLICATIONS, PATENT APPLICATIONS AND ISSUED PATENTS
### Prepared by Howard IP Law Group, P.C.

As of 11 SEP 2015

Page 9 of 11

## CHART VI:  EXPIRED AND ABANDONED U.S. PATENT PROPERTIES

| Howard IP Ref. | Product Name | Country | Title | Application No. | Filing Date | Patent No. | Issue Date | Status/Comments |
|---|---|---|---|---|---|---|---|---|
| XEN-1 | NIGHTHUNTER-ONE | United States | PORTABLE FOCUSED BEAM SEARCHLIGHT | 29/106,221 | 9 JUN 1999 | D425,643 | 23 MAY 2000 | EXPIRED<br>No Maintenance Fees for Design Patents.<br>Expired 23 MAY 2014 |
| XEN-15-P | Shield Mount Upgrade Kit for NIGHTHUNTER 3 (NH3-6100) | United States | MOUNT FOR AN ILLUMINATION SYSTEM | 61/166,483 | 3 APR 2009 | | | EXPIRED<br>Client decision not to file regular non-provisional U.S. patent application. |
| XEN-8-DIV | NIGHTHUNTER II<br>NIGHTHUNTER 3 | United States | LONG-RANGE, HANDHELD ILLUMINATION SYSTEM | 12/030,612 | 13 FEB 2008 | | | ABANDONED<br>Per email from client dated 24 NOV 2010, client has decided to drop this matter.<br>Divisional relates to lamp mount with adjacent leads |
| XEN-10 | NIGHTHUNTER | United States | HIGH INTENSITY LAMP | 07/581,757 | 13 SEP 1990 | 5,036,444 | 30 JUL 1991 | EXPIRED<br>All maintenance fees paid.<br>Assignment to Xenonics, Inc. recorded 4 OCT 2006 (Reel/Frame 018338/0696) |
| XEN-9-CON | SUPERVISION | United States | PORTABLE DEVICE FOR VIEWING AND IMAGING | 12/550,837 | 10 SEP 2009 | | | ABANDONED<br>Continuation of Application No. 11/060,903 (Issued patent 7,581,852 9/1/2009).<br>No response filed to Non-Final Office Action (3 Month Date) of 7 MAY 2012 per client email of 13 APR 2012. |
| XEN-16-US | Green Dazzler (NIGHTHUNTER) | United States | LONG RANGE MULTI-FUNCTION ILLUMINATION DEVICE AND METHOD OF USE | 13/155,453 | 8 JUN 2011 | | | ABANDONED<br>Client instructions to abandon received 6 APR 2012. |

{00172826;v1}

**XENONICS HOLDINGS, INC.**
**PROPOSED PATENT APPLICATIONS, PATENT APPLICATIONS AND ISSUED PATENTS**
Prepared by Howard IP Law Group, P.C.

As of 11 SEP 2015
Page 10 of 11

CHART VI:  EXPIRED AND ABANDONED U.S. PATENT PROPERTIES (cont)

| Howard IP Ref. | Product Name | Country | Title | Application No. | Filing Date | Patent No. | Issue Date | Status/Comments |
|---|---|---|---|---|---|---|---|---|
| XEN-19-US | Police Patrol Car Night Vision System (SUPERVISION) | United States | NIGHT VISION SYSTEM FOR USE IN A VEHICLE | 13/207,799 | 11 AUG 2011 | | | ABANDONED<br><br>No foreign filing per client email of 9 MAR 2012.<br><br>Closed per L. Anderson email of 13 NOV 2013 |

{00172826;v1}

**XENONICS HOLDINGS, INC.**
**PROPOSED PATENT APPLICATIONS, PATENT APPLICATIONS AND ISSUED PATENTS**
Prepared by Howard IP Law Group, P.C.

As of 11 SEP 2015
Page 11 of 11

## CHART VII: EXPIRED AND ABANDONED FOREIGN PATENT PROPERTIES

| Howard IP Ref. | Product Name | Country | Title | Application No. | Filing Date | Patent No. | Issue Date | Status/Comments |
|---|---|---|---|---|---|---|---|---|
| XEN-12-AU | SUPERVISION | Australia | LOW-LIGHT VIEWING DEVICE (SUPERVISION) (DESIGN) | 18897/2007 | 13 JUL 2007 | 316197 | 13 JUL 2007 | EXPIRED<br><br>Renewal due 13 JUL 2012.<br><br>Renewal not filed per client instructions. |
| XEN-11-EP | SUPERVISION | European Patent Office | DIGITAL LOW-LIGHT VIEWING DEVICE | EP08100522.5 | 16 JAN 2008 | | | ABANDONED<br><br>Claims 1-4 and 11-15.<br><br>Closed per email from L. Anderson 21 JAN 2014. |
| XEN-11-EP-DIV | SUPERVISION | European Patent Office | DIGITAL LOW-LIGHT VIEWING DEVICE | EP11172190.8 | 30 JUN 2011 | | | ABANDONED<br>Claims 5-10 of XEN-11-EP.<br><br>Closed per email from L. Anderson 21 JAN 2014. |
| XEN-4-EP | SUPERVISION | European Patent Office | RUGGEDIZED DIGITAL LOW LIGHT VIEWING DEVICE | EP05813013.9 | 24 OCT 2005 | | | ABANDONED<br><br>Closed per email from L. Anderson 13 FEB 2014. |

{00172826;v1}

**XENONICS HOLDINGS, INC.**

As of 11 SEP 2015

**PROPOSED TRADEMARKS, TRADEMARK APPLICATIONS AND TRADEMARK REGISTRATIONS**    Page 1 of 9

Prepared by Howard IP Law Group, P.C.

CHART I:    U.S. REGISTERED MARKS

| Mark | Registration No. | Registration Date | Goods | Comments |
|------|------------------|-------------------|-------|----------|
| NIGHTHUNTER (Word Mark) | 2,451,393 | 15 MAY 2001 | Handheld, self-contained illumination system, composed of flashlights and bulbs therefor | REGISTERED<br><br>Section 8 &15 affidavits have been accepted and acknowledged; renewal filed 11 APR 2011 accepted 23 APR 2011.  Section 8 & 9 renewal due between 15 MAY 2020 and 15 MAY 2021. |
| XENONICS (Word Mark) | 2,457,767 | 5 JUN 2001 | Handheld, self-contained illumination system, composed of flashlights and bulbs therefor | REGISTERED<br><br>Section 8 & 15 affidavits have been accepted and acknowledged; Section 8 & 9 renewal filed 17 DEC 2010 accepted 6 JAN 2011.  Section 8 & 9 renewal due between 5 JUN 2020 and 5 JUN 2021 |
| SUPERVISION (Word Mark) | 3,413,573 | 15 APR 2008 | Night vision and low light viewing devices, including monoculars, digital cameras for use in low light conditions and not for mounting on aircraft | REGISTERED<br><br>Section 8 & 15 affidavits have been accepted and acknowledged; Section 8 & 9 renewal due between 15 APR 2017 and 15 APR 2018. |
| NIGHTHUNTER (Word Mark) | 3,546,773 | 16 DEC 2008 | Searchlights, spotlights and flashlights | REGISTERED<br><br>Section 8 & 15 affidavits have been accepted and acknowledged; Section 8 & 9 renewal due between 16 DEC 2017 and 16 DEC 2018. |

**XENONICS HOLDINGS, INC.**
**PROPOSED TRADEMARKS, TRADEMARK APPLICATIONS AND TRADEMARK REGISTRATIONS**
Prepared by Howard IP Law Group, P.C.

As of 11 SEP 2015
Page 2 of 9

CHART I:    U.S. REGISTERED MARKS (cont)

| Mark | Registration No. | Registration Date | Goods | Comments |
|---|---|---|---|---|
| XENONICS (Word Mark) | 4,097,471 | 14 FEB 2012 | Searchlights, spotlights and flashlights (class 11) | REGISTERED<br><br>Section 8 &15 affidavits due between 14 FEB 2017 and 14 FEB 2018. Section 8 & 9 renewal due between 14 FEB 2021 and 14 FEB 2022.<br><br>Per client authorization, class 9 deleted in response to Opposition filed by Jos. Schneider Optische Werke GmbH as to class 9 goods only.<br><br>Foreign filing authorized – see below |

**XENONICS HOLDINGS, INC.**

As of 11 SEP 2015

**PROPOSED TRADEMARKS, TRADEMARK APPLICATIONS AND TRADEMARK REGISTRATIONS**

Page 3 of 9

Prepared by Howard IP Law Group, P.C.

CHART II:    U.S. APPLICATIONS PENDING

Currently, there are no U.S. Trademark Applications pending.

**XENONICS HOLDINGS, INC.**

**PROPOSED TRADEMARKS, TRADEMARK APPLICATIONS AND TRADEMARK REGISTRATIONS**

Prepared by Howard IP Law Group, P.C.

CHART III:  U.S. MARKS PROPOSED

Currently, there are no marks proposed and not filed

{00172825;v1}

**XENONICS HOLDINGS, INC.**

As of 11 SEP 2015

**PROPOSED TRADEMARKS, TRADEMARK APPLICATIONS AND TRADEMARK REGISTRATIONS**

Page 5 of 9

Prepared by Howard IP Law Group, PC

CHART IV:   FOREIGN MARKS REGISTERED, PENDING AND PROPOSED

Currently, there are no foreign marks Pending or Proposed

| Mark | Type-Country | Registration No. | Registration Date | Goods | Status | Comments |
|------|------|------|------|------|------|------|
| NIGHTHUNTER | MP | 984725 | 3 NOV 2008 | Searchlights, spotlights and flashlights | Registered | International Registration designating Australia, China, the European Community, Japan, South Korea and the Russian Federation.  International Registration issued; Extension to Australia, China, the European Community South Korea and the Russian Federation issued.  Extension to Japan abandoned.  Renewal due 3 NOV 2018 |
| NIGHTHUNTER | MP-AU | 1276807 | 28 MAY 2009 | Searchlights, spotlights and flashlights | Registered | Extension of International Registration to Australia  Protection Granted as of 23 JUL 2009 |
| NIGHTHUNTER | MP-CN | 984725 | 3 NOV 2008 | Searchlights, spotlights and flashlights | Registered | Extension of International Registration to China  Protection Granted |
| NIGHTHUNTER | MP-CTM | 984725 | 19 NOV 2008 | Searchlights, spotlights and flashlights | Registered | Extension of International Registration to European Community  Protection Granted as of 10 DEC 2009 |
| NIGHTHUNTER | MP-KR | 984725 | 14 NOV 2009 | Searchlights, spotlights and flashlights | Registered | Extension of International Registration to South Korea  Protection Granted as of 17 DEC 2009 |
| NIGHTHUNTER | MP-RU | 984725 | 3 NOV 2008 | Searchlights, spotlights and flashlights | Registered | Extension of International Registration to Russian Federation  Protection Granted as of 21 JAN 2010 |

{00132316;v1}

**XENONICS HOLDINGS, INC.**

As of 11 SEP 2015

**PROPOSED TRADEMARKS, TRADEMARK APPLICATIONS AND TRADEMARK REGISTRATIONS**

Page 6 of 9

Prepared by Howard IP Law Group, PC

CHART IV:   FOREIGN MARKS REGISTERED, PENDING AND PROPOSED (cont.)

| Mark | Type-Country | Registration No. | Registration Date | Goods | Status | Comments |
|------|------|------|------|------|------|------|
| SUPERVISION (Word Mark) | MP | 919751 | 9 FEB 2007 | Night vision and low light viewing devices, including binoculars, monoculars, goggles, weapon sights and scopes; digital cameras for use in low light conditions and not for mounting on aircraft | Registered | International Registration designating UK, Australia, Japan and South Korea<br><br>Renewal due 19 FEB 2017<br><br>CLOSED per client EXCEPT in UK |
| SUPERVISION (Word Mark) | MP-GB | 919751 | 9 FEB 2007 | Night vision and low light viewing devices, including binoculars, monoculars, goggles, weapon sights and scopes; digital cameras for use in low light conditions and not for mounting on aircraft | Registered | Extension of International Registration to United Kingdom.<br><br>Granted 14 NOV 2007 |
| XENONICS | MP | 991574 | 16 DEC 2008 | Searchlights, spotlights and flashlights (class 11) | Registered | International Registration designating Australia, China, the European Community, Japan, South Korea and the Russian Federation.  International Registration issued; Extension to Australia, China, the European Community, South Korea and the Russian Federation issued.  Extension to Japan abandoned.<br><br>Renewal due 16 DEC 2018<br><br>Note: As a result of client decision to delete Class 9 goods from U.S. Application, Class 9 goods also deleted from International Registration. |
| XENONICS | MP-AU | 1285668 | 16 JUL 2009 | Searchlights, spotlights and flashlights (class 11) | Registered | Extension of International Registration to Australia<br><br>Protection Granted as of 6 AUG 2009 |

**XENONICS HOLDINGS, INC.**
**PROPOSED TRADEMARKS, TRADEMARK APPLICATIONS AND TRADEMARK REGISTRATIONS**
Prepared by Howard IP Law Group, PC

As of 11 SEP 2015
Page 7 of 9

CHART IV:   FOREIGN MARKS REGISTERED, PENDING AND PROPOSED (cont.)

| Mark | Type-Country | Registration No. | Registration Date | Goods | Status | Comments |
|---|---|---|---|---|---|---|
| XENONICS | MP-CN | 991574 | 16 DEC 2008 | Searchlights, spotlights and flashlights (class 11) | Registered | Extension of International Registration to China<br><br>Protection Granted |
| XENONICS | MP-CTM | 991574 | 16 DEC 2008 | Searchlights, spotlights and flashlights (class 11) | Registered | Extension to International Registration European Community<br><br>Protection Granted as of 4 FEB 2010. |
| XENONICS | MP-KR | 991574 | 16 DEC 2008 | Searchlights, spotlights and flashlights (class 11) | Registered | Extension of International Registration to South Korea<br><br>Protection Granted as of 25 MAR 2010 |
| XENONICS | MP-RU | 991574 | 16 DEC 2008 | Searchlights, spotlights and flashlights (class 11) | Registered | Extension of International Registration to Russian Federation<br><br>Protection Granted as of 18 MAR 2010 |

**XENONICS HOLDINGS, INC.**
**PROPOSED TRADEMARKS, TRADEMARK APPLICATIONS AND TRADEMARK REGISTRATIONS**
Prepared by Howard IP Law Group, PC

As of 11 SEP 2015
Page 8 of 9

CHART V: ABANDONED U.S. APPLICATIONS

| Mark | Application No. | Filing Date | Goods | Comments |
|---|---|---|---|---|
| SUPERVISION (Word Mark) (Intent-To-Use Application) | 78/948,349 | 9 AUG 2006 | Night vision and low light viewing devices, namely binoculars, goggles, telescopic gun sights and gun scopes | ABANDONED<br><br>Notice of Allowance 3 JUL 2007.  Statement of Use and Request to Divide filed 3 JAN 2008<br><br>Statement of Use or Extension Due 3 JUL 2010 not filed per L. Anderson email of 14 APR 2010. |
| SENTINEL | 77/107,553 | 1 FEB 2007 | Self-contained, portable searchlights and spotlights | ABANDONED<br><br>File closed 18 SEP 2009 per J. Kennedy<br><br>Notice of Allowance 27 MAY 2008. |
| SNYPER | 77/497,335 | 12 JUN 2008 | Flashlights | ABANDONED<br><br>Opposition filed by Lockheed Martin Corp.<br><br>Abandoned Per client instructions<br><br>Express Abandonment submitted to TTAB.<br><br>No foreign filing |

{00172825;v1}

# XENONICS HOLDINGS, INC.
## PROPOSED TRADEMARKS, TRADEMARK APPLICATIONS AND TRADEMARK REGISTRATIONS
### Prepared by Howard IP Law Group, PC

## CHART VI: ABANDONED FOREIGN APPLICATIONS

| Mark | Type-Country | Application No. | Application Date | Goods | Status | Comments |
|------|--------------|-----------------|------------------|-------|--------|----------|
| NIGHTHUNTER | MP-JP | 984725 | 3 NOV 2008 | Searchlights, spotlights and flashlights [torches] | Abandoned | ABANDONED<br><br>Extension of International Registration to Japan<br><br>Registration fee due July 1, 2010 not filed in absence of instructions. |
| XENONICS | MP-JP | 991574 | 16 DEC 2008 | Night vision and low light viewing devices, namely, monocular, with integrated still and video cameras; surveillance kits comprised primarily of night vision and low light viewing devices, namely, monocular, with integrated still and video cameras, infrared illuminators, flashlights, battery chargers and batteries (Class 9); Searchlights, spotlights and flashlights (Class 11) | Abandoned | ABANDONED<br><br>Extension of International Registration to Japan<br><br>Response not filed to Provisional Refusal of 12 NOV 2009 per L. Anderson instructions of 6 JAN 2010. |

{00172825;v1}

| | 9/30/2015 | | | | | |
|---|---|---|---|---|---|---|
| **Pre-adjustment GL** | | | | | | |
| | RM | WIP | EXTERNAL | FG | Dealer Supplies | Totals |
| | 1500 | 1510 | 1515 | 1520 | | |
| NH One | | | | | | 0.00 |
| NH LRAD | | | | | | 0.00 |
| NH II | | | | | | 0.00 |
| NHExt | | | | | | 0.00 |
| NH 3 | | | | | | 0.00 |
| SV Tactical (Snyper) | | | | | | 0.00 |
| IR Illuminator | | | | | | 0.00 |
| Commodities | | | | | | 0.00 |
| SV | | | | | | 0.00 |
| Shield Mount | | | | | | 0.00 |
| SSR WIP SVision | | | | | | 0.00 |
| SSR WIP SV Other | | | | | | 0.00 |
| Offsets | | | | | | 0.00 |
| | | | | | | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Physical Inventory** | | | | | | |
| NH One | 37,826.34 | 15,264.20 | | 28,987.01 | | 82,077.55 |
| NH LRAD | | 0.00 | | | | 0.00 |
| NH II | 42,813.57 | | | | | 42,813.57 |
| NHExt | 14,393.75 | 16,852.97 | | 0.00 | | 31,246.72 |
| NH 3 | 168,256.25 | 11,031.28 | | 155,325.48 | | 334,613.01 |
| SV Tactical (Snyper) | 12,469.32 | | | | | 12,469.32 |
| IR Illuminator | 38,892.21 | 297.80 | | 859.14 | | 40,049.15 |
| Commodities | 23,663.59 | | | | | 23,663.59 |
| SV | 494,771.56 | 3,240.64 | | 5,743.62 | 11,546.70 | 515,302.51 |
| Shield Mount (NH) | 66,724.08 | 5,899.40 | | | | 72,623.48 |
| SSR WIP SVision | | | | | | 0.00 |
| SSR WIP SV Other | | | | | | 0.00 |
| Offsets | | | | | | 0.00 |
| | 899,810.66 | 52,586.28 | 0.00 | 190,915.25 | 11,546.70 | 1,154,858.90 |
| | | | | FG | 190,915.25 | |
| | | | | RM | 911,357.36 | |
| | | | | WIP | 52,586.28 | |
| | | | | Check | 1,154,858.90 | 0.00 | 1,154,858.90 |
| **Required Adjustments** | | | | | 1,154,858.90 | |
| NH One | (37,826.34) | (15,264.20) | 0.00 | (28,987.01) | 0.00 | (82,077.55) | (82,077.55) |
| NH LRAD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| NH II | (42,813.57) | 0.00 | 0.00 | 0.00 | 0.00 | (42,813.57) | (42,813.57) |
| NHExt | (14,393.75) | (16,852.97) | 0.00 | 0.00 | 0.00 | (31,246.72) | (31,246.72) |
| NH 3 | (168,256.25) | (11,031.28) | 0.00 | (155,325.48) | 0.00 | (334,613.01) | (334,613.01) |
| SV Tactical (Snyper) | (12,469.32) | 0.00 | 0.00 | 0.00 | 0.00 | (12,469.32) | (12,469.32) |
| IR Illuminator | (38,892.21) | (297.80) | 0.00 | (859.14) | 0.00 | (40,049.15) | (40,049.15) |
| Commodities | (23,663.59) | 0.00 | 0.00 | 0.00 | 0.00 | (23,663.59) | (23,663.59) |
| SV | (494,771.56) | (3,240.64) | 0.00 | (5,743.62) | (11,546.70) | (515,302.51) | |
| Shield Mount (NH) | (66,724.08) | (5,899.40) | 0.00 | | | (72,623.48) | |
| SSR WIP SVision | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SSR WIP SV Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | | | | (11,546.70) | (1,154,858.90) | (566,932.90) |

| XENONICS, INC. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Fixed Assets | Acquisition | | | Asset | Monthly | | | |
| | Date | | | Value | Depreciation | Reclass 2/28/15 | | |
| **Equipment** | | | | | | | | |
| Dell Computer | 9/30/2004 | 5.0 | 10/31/2009 | 1,478.00 | | 1,478.00 | | |
| Dell Computer | 10/28/2004 | 5.0 | 11/30/2009 | 1,602.00 | | 1,602.00 | | |
| Tektronix TDS3014B | 1/14/2005 | 5.0 | 1/31/2010 | 4,846.70 | | | | |
| Tektronix TCP202 | 1/14/2005 | 5.0 | 1/31/2010 | 1,658.44 | | | | |
| **Dell Computer** | **4/13/2005** | **5.0** | **4/30/2010** | **1,285.00** | | **1,285.00** | | |
| LCD TV | 9/30/2005 | 5.0 | 10/31/2010 | - | 0.00 | | | |
| Server | 4/5/2006 | 5.0 | 4/30/2011 | - | 0.00 | | | |
| Fire Proof 4dr file cab | 1/7/2004 | 5.0 | 1/6/2009 | 1,493.40 | 0.00 | | | |
| Fire Proof 4dr file cab | 10/10/2006 | 5.0 | 11/30/2011 | 1,885.61 | 0.00 | | | |
| Dell Computer | 1/4/2007 | 5.0 | 2/28/2012 | | 19.33 | | | |
| Dell Computer | 1/4/2007 | 5.0 | 2/28/2012 | | 37.58 | | | |
| **Dell Computer** | **2/9/2007** | **5.0** | **3/31/2012** | **1,140.00** | **19.00** | **1,140.00** | | |
| Dell Computer | 2/9/2007 | 5.0 | 3/31/2012 | 1,140.00 | 19.00 | 1,140.00 | | |
| Dell Computer/Phone System | 3/6/2007 | 5.0 | 3/31/2012 | 1,500.29 | 25.00 | | | |
| Dell Computer/Phone System | 3/6/2007 | 5.0 | 3/31/2012 | 1,500.30 | 25.01 | | | |
| Dell Computer | 3/6/2007 | 5.0 | 3/31/2012 | 1,274.34 | 21.24 | | | |
| Dell Computer | 3/6/2007 | 5.0 | 3/31/2012 | 1,274.34 | 21.24 | 1,274.34 | | |
| Dell Computer | 3/23/2007 | 5.0 | 3/31/2012 | 3,450.16 | 57.50 | 3,450.16 | | |
| **Dell Computer** | **3/30/2007** | **5.0** | **3/31/2012** | | 61.87 | | | |
| Dell Computer | 3/30/2007 | 5.0 | 3/31/2012 | 1,341.49 | 22.26 | 1,341.49 | | |
| MAC Computer/Apple Display | 4/23/2007 | 5.0 | 4/30/2012 | 6,782.86 | 113.05 | | | |
| 52" Television | 3/9/2009 | 5.0 | 3/9/2014 | 1,548.74 | 25.82 | | | |
| 26" Television | 3/17/2009 | 5.0 | 3/17/2014 | 592.40 | 9.87 | | | |
| Aardvark Demos | 10/1/2009 | 3.0 | 9/30/2012 | 28,444.38 | 790.11 | 28,444.38 | | |
| | | | | | | | | |
| Server | 2/26/2013 | 3.0 | 3/31/2016 | 10,136.28 | **281.56** | | | |
| | | | | 74,374.73 | | 41,155.37 | | |
| **Furniture** | | | | | | | | |
| Business Outfitters | 2/4/2009 | 5.0 | 2/4/2014 | 3,123.04 | 52.05 | | | |
| GLM Office Furniture | 3/31/2009 | | 3/31/2014 | 855.07 | 14.26 | | | |
| | | | | 3,978.11 | 66.31 | | | |
| **Equipment-SV Div** | | | | | | | | |
| Apple Computer and Display | 11/10/2006 | 5.0 | 1/31/2012 | 6,254.03 | 104.23 | | | |
| Production Benches/Chairs | 1/5/2007 | 5.0 | 2/28/2012 | 2,099.61 | 34.99 | | | |
| Production Work Stations | 1/15/2007 | 5.0 | 2/28/2012 | 16,729.82 | 278.83 | | | |
| Production Bench Robot | 3/5/2007 | 5.0 | 3/31/2012 | 3,544.95 | 59.08 | | | |
| Production UV Chamber | 3/9/2007 | 5.0 | 3/31/2012 | 1,531.11 | 25.52 | | | |
| **Dell Computer** | **3/30/2007** | **5.0** | **3/31/2012** | **1,470.79** | **24.51** | | | |
| | | | | 31,630.31 | 527.16 | | | |

XENONICS, INC.

| Fixed Assets | Acquisition Date | | | Asset Value | Monthly Depreciation | Reclass 2/28/15 | | |
|---|---|---|---|---|---|---|---|---|
| **Equipment** | | | | | | | | |
| | | | | | | | | |
| **Leasehold improvements** | | | | | | | | |
| Furniture Resources | 2/2/2007 | 7.0 | 2/28/2014 | 33,367.08 | 397.23 | | | |
| Network Cabling | 1/28/2009 | 5.0 | 1/28/2014 | 11,539.00 | 192.32 | | | |
| Creative Concrete | 1/28/2009 | 5.0 | 1/28/2014 | 5,500.00 | 91.67 | | | |
| Lionshead Properties | 3/31/2009 | | 3/31/2014 | 4,718.69 | 78.65 | | | |
| Creative Concrete | 2/3/2009 | | 2/28/2014 | 300.00 | 5.00 | | | |
| Pegusus - Sign | 3/31/2009 | | 3/31/2014 | 2,004.15 | 43.57 | | | |
| North Cty Deck & Patio | 4/1/2009 | | 4/1/2014 | 5,500.00 | 93.22 | | | |
| | | | | 62,928.92 | 901.66 | | | |
| **Computer Software** | | | | | | | | |
| Mahoney Software-MAS90 | 10/1/2004 | 5.0 | 10/31/2009 | 11,729.40 | 0.00 | | | |
| Mahoney Software-Services | 10/1/2004 | 5.0 | 10/31/2009 | 2,250.00 | 0.00 | | | |
| Inventory Series 10 | 4/11/2005 | 5.0 | 4/30/2010 | 4,310.61 | 0.00 | | | |
| Mahoney Software-Add Ons | 11/17/2006 | 5.0 | 11/30/2011 | 4,454.30 | 0.00 | | | |
| | | | | 22,744.31 | 0.00 | | | |
| **Software-SV Div** | | | | | | | | |
| Apple Computer Software | 11/10/2006 | 5.0 | 11/30/2011 | 2,022.79 | 0.00 | | | |
| | | | | 2,022.79 | 0.00 | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | Monthly Depreciation | Reclass 2/28/15 | Acc. Dep. 09/30/15 |
| | | | Fixed Asset Totals | | Monthly | | | |
| | | | | - | | | | |
| | | | Equipment | 74,374.73 | | 281.56 | (41,155.37) | 32,093.00 |
| | | | | (41,155.37) | | | | |
| | | | | 33,219.36 | | | | |
| | | | Furniture | 3,978.11 | 66.31 | 0.00 | | 3,978.11 |
| | | | Equipment-SV Div | 31,630.31 | 527.16 | 0.00 | | 31,630.31 |
| | | | Software | 22,744.31 | 0.00 | 0.00 | | 22,744.31 |
| | | | Software-SV Div | 2,022.79 | 0.00 | 0.00 | | 2,022.79 |
| | | | Leasehold | 62,928.92 | 901.66 | 0.00 | | 62,928.92 |
| | Total Monthly Depreciation | | | | | | | |
| | | | | | | | | |
| | | | | **156,523.80** | 1,495.13 | 281.56 | | **155,397.44** |

| Fill in this information to identify the case: |
| --- |

Debtor name    Xenonics Holdings, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1**   Adler, Robert
Creditor's Name

26660 Agoura Road
Calabasas, CA 91302
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Secured Note

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

     $15,000.00      Unknown

**2.2**   Armstrong, Robert
Creditor's Name

2 Perimeter Park South
Suite 100W
Birmingham, AL 35243
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
Secured Note

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

     $10,000.00      Unknown

| Debtor | Xenonics Holdings, Inc. | Case number (if know) | |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | Atlantis Group LLC | Describe debtor's property that is subject to a lien | $25,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

10660 Wilshire Blvd, Suite 807
Los Angeles, CA 90024

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Secured Note

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | Belson/Goldstein | Describe debtor's property that is subject to a lien | $1,001,500.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

3692 Bedford Ave, Ste 2-A
Brooklyn, NY 11229

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Secured Notes

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.5 | Blitz, Harvey | Describe debtor's property that is subject to a lien | $851,500.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

71-19 137th Street
Flushing, NY 11367

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Secured Note

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

3/10/16  2:10PM

Debtor    Xenonics Holdings, Inc.                                          Case number (if know)
_____
Name

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | Bock Trustee, David |
|-----|---------------------|

Creditor's Name

4526 Ellenboro Way
Woodland Hills, CA 91364

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
Secured Note

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

$20,000.00          Unknown

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | Costigan, Carlton |
|-----|-------------------|

Creditor's Name

2 Perimeter Way South
Suite 100W
Birmingham, AL 35243

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
Secured Note

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

$12,000.00          Unknown

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.8 | Freedman, Robert |
|-----|------------------|

**Describe debtor's property that is subject to a lien**

$100,000.00          Unknown

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  Xenonics Holdings, Inc.

Name

Case number (if know) _____

| | |
|---|---|
| Creditor's Name | Secured Note |
| 226 23rd Street<br>Santa Monica, CA 90402 | |
| Creditor's mailing address | Describe the lien |
| | Is the creditor an insider or related party? |
| | ■ No |
| | ☐ Yes |
| Creditor's email address, if known | Is anyone else liable on this claim? |
| Date debt was incurred | ■ No |
| | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |
| Last 4 digits of account number | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| 2.9 | Gisler, Reto & Lynn | Describe debtor's property that is subject to a lien | $18,000.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | Secured Note | | |
| | 3188 W. Canyon Avenue<br>San Diego, CA 92123 | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | | ☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ■ No | | |
| | | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| 2.10 | Gordon, Trevor | Describe debtor's property that is subject to a lien | $10,000.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | Secured Note | | |
| | 5 Norman Place<br>Greenville, SC 29615 | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | | ☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ■ No | | |
| | | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Xenonics Holdings, Inc.                                    Case number (if know)
          _____                                    _____
          Name

■ No
☐ Yes. Specify each creditor,        ☐ Contingent
including this creditor and its        ☐ Unliquidated
relative priority.                     ☐ Disputed
_____

---

| 2.1 1 | High Speed Aggregate Inc. | Describe debtor's property that is subject to a lien | $20,000.00 | Unknown |

Creditor's Name

8480 East Orchard Road
Greenwood Village, CO
80111
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Secured Note

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | Iconic Holdings | Describe debtor's property that is subject to a lien | $82,500.00 | Unknown |

Creditor's Name

2251 San Diego Ave, Ste
B150
San Diego, CA 92110
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Secured Note

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | JSJ Investments | Describe debtor's property that is subject to a lien | $55,000.00 | Unknown |

Creditor's Name

6060 N Central Expressway
Suite 500
Dallas, TX 75206
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Secured Note

**Describe the lien**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Xenonics Holdings, Inc.                                    Case number (if know)
_____
Name

|  | Is the creditor an insider or related party? |
|---|---|
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | Kennedy, Jeffrey | Describe debtor's property that is subject to a lien | $50,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

28412 Via Mondano
San Juan Capistrano, CA
92675

Creditor's mailing address

Secured Note

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | Konsky, James & Joni | Describe debtor's property that is subject to a lien | $15,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

3105 Lydia Lane
Bellmore, NY 11710

Creditor's mailing address

Secured Note

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 6 of 17

3/10/16  2:10PM

Debtor  Xenonics Holdings, Inc.
        Name                                                          Case number (if know) _____

---

| 2.1 6 | Magerman, Alan | Describe debtor's property that is subject to a lien | $50,000.00 | Unknown |
|---|---|---|---|---|

**2.1 6** | Magerman, Alan
Creditor's Name

7371 Alicante Road
Carlsbad, CA 92009
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Secured Note**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$50,000.00       Unknown

---

**2.1 7** | Magerman, Michael
Creditor's Name

P.O. Box 1013
Poway, CA 92064
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Secured Note**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$50,000.00       Unknown

---

**2.1 8** | Murray  Marion Goldstein Trust
Creditor's Name

12271 San Sebastian Court
Camarillo, CA 93012
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Secured Note**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**

$25,000.00       Unknown

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 7 of 17

Debtor    Xenonics Holdings, Inc.
Name

Case number (if know)

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

□ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

---

| 2.1 9 | Nadel, Mark IRA | | | $15,000.00 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
Secured Note

214 West 9th Street
Onaga, KS 66521

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

□ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

---

| 2.2 0 | Norman E. Karel Trust | | | $484,000.00 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
Secured Note

7409 Via de Fortuna
Carlsbad, CA 92009

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

□ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

---

| 2.2 1 | Ozer, Scott | | | $10,000.00 | Unknown |
|---|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Xenonics Holdings, Inc.

Name

Case number (if know) _____

---

Creditor's Name

29800 Agoura Road #205
Agoura Hills, CA 91301

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Secured Note

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | Paluska, Jr., William | Describe debtor's property that is subject to a lien | $25,000.00 | Unknown |

Creditor's Name

Secured Note

6202 Longridge Avenue
Van Nuys, CA 91401

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | Perez, David | Describe debtor's property that is subject to a lien | $25,000.00 | Unknown |

Creditor's Name

Secured Note

1155 Camino Del Mar #418
Del Mar, CA 92014

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Debtor    Xenonics Holdings, Inc.       Case number *(if know)*
_____
Name

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.24**

Posner, Adam
Creditor's Name

1316 Sheridan Road
Highland Park, IL 60035
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Secured Note

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

$25,000.00      Unknown

---

**2.25**

Posner, Steve
Creditor's Name

SJP Investors
218 Augusta Court
Roslyn, NY 11576
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Secured Note

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

$188,320.00      Unknown

---

**2.26**

Rubin, Paul & Rina
Creditor's Name

35 Woodcut Lane
Roslyn Heights, NY 11577
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Secured Note

**Describe the lien**

$10,000.00      Unknown

---

| Debtor | Xenonics Holdings, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | Schlachet, David | Describe debtor's property that is subject to a lien | $20,000.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | Secured Note | | |

231-33 10th Avenue, Apr 9B
New York, NY 10011

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 8 | Schmutter, Norman | Describe debtor's property that is subject to a lien | $75,000.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | Secured Note | | |

1415 Queen Anne Rd
Suite 206
Teaneck, NJ 07666

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

3/10/16  2:10PM

Debtor    Xenonics Holdings, Inc.
       Name

Case number (if know)

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.29 | | | |
|---|---|---|---|

**Schulman, Rachel**
Creditor's Name

18 Radnor Road
Great Neck, NY 11023
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Secured Note

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$25,000.00          Unknown

---

| 2.30 | | | |
|---|---|---|---|

**Schumsky, Arnold**
Creditor's Name

145 East 27th Street
New York, NY 10016
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Secured Note

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$50,000.00          Unknown

---

| 2.31 | | | |
|---|---|---|---|

**Shea, Darin**
Creditor's Name

10061 Riverside Drive S-600
North Hollywood, CA 91602
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Secured Note

**Describe the lien**

$28,000.00          Unknown

---

Debtor     Xenonics Holdings, Inc.                                          Case number (if know) _____
           Name

| | |
|---|---|
| _____ | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 2 | | | |
|---|---|---|---|
| **SpiderNet LLC** | **Describe debtor's property that is subject to a lien** | $25,000.00 | Unknown |
| Creditor's Name | Secured Note | | |
| 312 S Beverly Drive, Unit 7387 | | | |
| Beverly Hills, CA 90212 | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | **Is the creditor an insider or related party?** | | |
| _____ | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

---

| 2.3 3 | | | |
|---|---|---|---|
| **Stephen Bock Roth IRA** | **Describe debtor's property that is subject to a lien** | $15,000.00 | Unknown |
| Creditor's Name | Secured Note | | |
| 2 Perimeter Park South Suite 100W | | | |
| Birmingham, AL 35243 | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | **Is the creditor an insider or related party?** | | |
| _____ | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

---

Debtor    Xenonics Holdings, Inc.                                    Case number (if know) _____
          Name

---

| 2.3 4 | Sunkin, Neil | Describe debtor's property that is subject to a lien | $20,000.00 | Unknown |
|---|---|---|---|---|

**Sunkin, Neil**
Creditor's Name

22908 Gershwin Drive
Woodland Hills, CA 91364
Creditor's mailing address

Describe debtor's property that is subject to a lien
Secured Note

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**Ted Aroney Living Trust**
Creditor's Name

| 2.3 5 | Ted Aroney Living Trust | Describe debtor's property that is subject to a lien | $25,000.00 | Unknown |
|---|---|---|---|---|

P.O. Box 675447
Rancho Santa Fe, CA 92067
Creditor's mailing address

Describe debtor's property that is subject to a lien
Secured Note

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**The Burbridge Family Trust**
Creditor's Name

| 2.3 6 | The Burbridge Family Trust | Describe debtor's property that is subject to a lien | $10,000.00 | Unknown |
|---|---|---|---|---|

11899 Aragon Way
Nevada City, CA 95959
Creditor's mailing address

Describe debtor's property that is subject to a lien
Secured Note

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 14 of 17

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Xenonics Holdings, Inc.

Name

Case number *(if know)*

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 7 | The Thomas Wallace Trust | | | |
|---|---|---|---|---|

Creditor's Name

17644 Gledhill Street
Northridge, CA 91325

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Secured Note

$20,000.00    Unknown

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 8 | Vernest Howard-Bercerra | | | |
|---|---|---|---|---|

Creditor's Name

2 Perimeter Park South
Suite 100W
Birmingham, AL 35243

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Secured Note

$15,000.00    Unknown

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 9 | Vista Capital Investments LLC | | | |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

$75,000.00    Unknown

---

Debtor    Xenonics Holdings, Inc.

Name

Case number (if know) _____

Creditor's Name

**Secured Note**

406 9th Avenue, Ste 201
San Diego, CA 92101

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Disputed

---

| 2.4 0 | Wong, Derek | Describe debtor's property that is subject to a lien | $25,000.00 | Unknown |

Creditor's Name

**Secured Note**

2 Perimeter Park South
Suite 100W
Birmingham, AL 35243

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Disputed

---

| 2.4 1 | Wong, Holly | Describe debtor's property that is subject to a lien | $10,000.00 | Unknown |

Creditor's Name

**Secured Note**

2 Perimeter Park South
Suite 100 W
Birmingham, AL 35243

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   Xenonics Holdings, Inc.
_____
Name

Case number (if know) _____

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $3,630,820.0 0

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name      Xenonics Holdings, Inc.

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Anderson, Lupita<br>6673 Corte Maria<br>Carlsbad, CA 92009 | $13,243.00 | $2,767.00 |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Unpaid wages; Accrued vacation; Reimbursement
of Insurance Premium

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>Coley, Carol<br>1855 Da Gama Court<br>Escondido, CA 92026 | $1,402.00 | $915.00 |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Unpaid wages; Accrued vacation; Reimbursement
of Insurance Premium

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

3/10/16  2:10PM

Debtor  Xenonics Holdings, Inc.    Case number (if known)
_____
Name

| | | | |
|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address<br>Huynh, David<br>841 Millbrook Place<br>Escondido, CA 92026 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,070.00        $1,664.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Unpaid wages; Accrued vacation; Reimbursement of Insurance Premium | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.4 | Priority creditor's name and mailing address<br>Kay, Richard<br>6185 Blue Dawn Trail<br>San Diego, CA 92130 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $58,775.00        $12,475.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Unpaid wages; Accrued vacation; Reimbursement of Insurance Premium | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.5 | Priority creditor's name and mailing address<br>Kennedy, Jeffrey<br>28412 Via Mondano<br>San Juan Capistrano, CA 92675 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $171,846.00        $12,475.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Unpaid wages; Accrued vacation; Reimbursement of Insurance Premium | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.6 | Priority creditor's name and mailing address<br>Magerman, Alan<br>7371 Alicante Road<br>Carlsbad, CA 92009 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $168,759.07        $12,475.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Unpaid wages; Accrued vacation; Reimbursement of Insurance Premium | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | Xenonics Holdings, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,647.00 | $694.00 |
|---|---|---|---|---|
| | Wolf, Mary<br>1410 San Simeon Street<br>Oceanside, CA 92054 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
Reimbursement of Insurance Premium

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

**3.**  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,746.68 |
|---|---|---|---|
| | Ace Industries, Inc.<br>738 Design Court, Suite 302<br>Chula Vista, CA 91911 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Credit Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,467.46 |
|---|---|---|---|
| | AdvanTel Networks<br>2222 Trade Zone Blvd.<br>San Jose, CA 95131-1845 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Credit Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
| | AFLAC<br>1932 Wynnton Road<br>Columbus, GA 31999-2000 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Credit Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15.15 |
|---|---|---|---|
| | AT Conference<br>P.O. Box 2939<br>Southampton, NY 11969 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Credit Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $34,900.00 |
|---|---|---|---|
| | Austin Precision Products, Inc<br>dba LaRue Tactical<br>850 County Road 177<br>Leander, TX 78641 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Credit Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

3/10/16  2:10PM

| Debtor | Xenonics Holdings, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Biderman, Charles<br>3 Harbor Drive, Suite 112<br>Sausalito, CA 94965 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Notice Only | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $51,301.78 |
|---|---|---|---|
| | California Bank & Trust<br>P.O. Box 30833<br>Salt Lake City, UT 84130 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Credit Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $60,000.00 |
|---|---|---|---|
| | Colex and Associates, Inc.<br>P.O. Box 700<br>Annandale, VA 22003 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Credit Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,723.10 |
|---|---|---|---|
| | Cornerstone Machining, Inc.<br>4870 Lehrer Drive<br>San Diego, CA 92117 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Credit Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $676.00 |
|---|---|---|---|
| | CT Corporation<br>P.O. Box 4349<br>Carol Stream, IL 60197-4349 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Credit Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30,900.00 |
|---|---|---|---|
| | Cuker Interactive LLC<br>320 S Cedros Ave, Ste 200<br>Solana Beach, CA 92075 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Credit Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,370.69 |
|---|---|---|---|
| | Darmark Corporation<br>13225 Gregg Street<br>Poway, CA 92064 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Credit Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

3/10/16  2:10PM

Debtor    Xenonics Holdings, Inc.
      Name

Case number (if known)  _____

| | |
|---|---|
| **3.13** Nonpriority creditor's name and mailing address<br>Diversified Business Solutions<br>9771 Clairemont Mesa Blvd<br>Suite A<br>San Diego, CA 92124<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Notice Only<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.14** Nonpriority creditor's name and mailing address<br>Eklund Properties, Inc.<br>P.O.Box 420834<br>San Diego, CA 92142<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*  $75,044.53<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Credit Debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.15** Nonpriority creditor's name and mailing address<br>FedEx<br>P. O. Box 7221<br>Pasadena, CA 91109-7221<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*  $13.78<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Credit Debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.16** Nonpriority creditor's name and mailing address<br>FFG Valuations Inc.<br>555 Anton Blvd, Ste 1000<br>Costa Mesa, CA 92626<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*  $22,750.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Credit Debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.17** Nonpriority creditor's name and mailing address<br>First Choice Services<br>6496 Marindustry Place<br>Suite C<br>San Diego, CA 92121<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*  $365.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Credit Debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.18** Nonpriority creditor's name and mailing address<br>First Trust Co of Onaga<br>fbo Mark Nadel<br>214 West 9th Street<br>Onaga, KS 66521<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*  $1,007.58<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Credit Debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.19** Nonpriority creditor's name and mailing address<br>Flat Iron Capital<br>P.O. Box 712195<br>Denver, CO 80271-2195<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*  $858.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Credit Debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

3/10/16  2:10PM

| Debtor | Xenonics Holdings, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

Fox, Allen
103 Victory Drive
Jupiter, FL 33477

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Accrued Director Fees_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,200.00 |
|---|---|---|---|

Graywacke Engineering, Inc.
120 Industrial Drive
Mansfield, OH 44904

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Credit Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,155.00 |
|---|---|---|---|

Howard IP Law Group PC
P.O. Box 226
Fort Washington, PA 19034

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Credit Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,298.92 |
|---|---|---|---|

Interwest Transfer Co., Inc.
1981 Murray Holladay Rd,Ste100
P.O. Box 17136
Salt Lake City, UT 84117

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Credit Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

IPFS Corporation
P.O. Box 100391
Pasadena, CA 91189-0391

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Notice Only_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,672.61 |
|---|---|---|---|

Isaac Management/David Perez
1155 Camino Del Mar #418
Del Mar, CA 92014

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Credit Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,499.82 |
|---|---|---|---|

IT TechPros Inc.
330 Rancheros Dr. #138
San Marcos, CA 92069

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Credit Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

Debtor    Xenonics Holdings, Inc.    Case number (if known)
_____
Name

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,000.00 |
|---|---|---|---|

LightWave PDL Inc.
1216 E. Lexington Ave
Pomona, CA 91766

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Credit Debt

Is the claim subject to offset? ■ No  ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

Mahoney Software System
1938 Kellogg Avenue
Carlsbad, CA 92008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Credit Debt

Is the claim subject to offset? ■ No  ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92.50 |
|---|---|---|---|

Metro Fire & Safety
2733 Via Orange Way, Ste 103
Spring Valley, CA 91978

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Credit Debt

Is the claim subject to offset? ■ No  ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,180.26 |
|---|---|---|---|

Mitchell, Anthony
1707 Hilo Drive
Vista, CA 92081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Credit Debt

Is the claim subject to offset? ■ No  ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,263.00 |
|---|---|---|---|

NASDAQ OMX Corp Solutions
c/o Wells Fargo Bank NA
Lockbox 11700 POBox 8500
Philadelphia, PA 19178-0700

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Credit Debt

Is the claim subject to offset? ■ No  ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102,017.13 |
|---|---|---|---|

Neil G. Berkman Associates
3159 Steven Drive
Encino, CA 91436

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Credit Debt

Is the claim subject to offset? ■ No  ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,233.00 |
|---|---|---|---|

Palmer, Gary
6936 Florido Road
Las Vegas, NV 89178

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Credit Debt

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Xenonics Holdings, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Paychex, Inc. | ☐ Contingent | |
| | 10150 Meanley Drive Ste 200 | ☐ Unliquidated | |
| | San Diego, CA 92131 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Notice Only_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $76.44 |
|---|---|---|---|
| | Purchase Power | ☐ Contingent | |
| | P.O. Box 371874 | ☐ Unliquidated | |
| | Pittsburgh, PA 15250-7874 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Credit Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,920.00 |
|---|---|---|---|
| | Robinson, Carol | ☐ Contingent | |
| | 6334 Streamview Drive | ☐ Unliquidated | |
| | San Diego, CA 92115 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Credit Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $28,606.00 |
|---|---|---|---|
| | RR Donnelly Financial Inc | ☐ Contingent | |
| | P.O. Box 932721 | ☐ Unliquidated | |
| | Cleveland, OH 44193 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Credit Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,038.39 |
|---|---|---|---|
| | SDG&E | ☐ Contingent | |
| | P.O. Box 25111 | ☐ Unliquidated | |
| | Santa Ana, CA 92799 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Utilities_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30,000.00 |
|---|---|---|---|
| | Shapiro, Brad | ☐ Contingent | |
| | 16 Newcastle Lane | ☐ Unliquidated | |
| | Laguna Niguel, CA 92677 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Accrued Director Fees_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $180.00 |
|---|---|---|---|
| | Shred San Diego LLC | ☐ Contingent | |
| | P.O. Box 84566 | ☐ Unliquidated | |
| | San Diego, CA 92138 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Credit Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Xenonics Holdings, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $248,242.00 |
|---|---|---|---|
| | Singer Lewak<br>10960 Wilshire Blvd<br>Suite 700, 7th Floor<br>Los Angeles, CA 90024 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Credit Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,380.00 |
|---|---|---|---|
| | SoCal Transportation<br>Attn: Gary Croft<br>1219 E. Barham Drive #103<br>San Marcos, CA 92078 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Credit Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,063.50 |
|---|---|---|---|
| | Standard Insurance Company<br>75 Remittance Drive Ste 1396<br>Chicago, IL 60675 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Credit Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,750.00 |
|---|---|---|---|
| | Strategic Value Advertising<br>500 8th Avenue, Ste 800<br>New York, NY 10018 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Credit Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,800.00 |
|---|---|---|---|
| | SunMaster Products Inc.<br>276 Trade Street<br>San Marcos, CA 92078 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Credit Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,047.93 |
|---|---|---|---|
| | TelePacific Communications<br>P.O.Box 509013<br>San Diego, CA 92150 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Credit Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,364.04 |
|---|---|---|---|
| | The Hartford<br>P.O. Box 660916<br>Dallas, TX 75266-0916 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Credit Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

3/10/16  2:10PM

Debtor    Xenonics Holdings, Inc.                                      Case number (if known)

Name

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,618.17 |
|---|---|---|---|

Toshiba Financial Services
P.O. Box 41602
Philadelphia, PA 19101-1602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Credit Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,045.51 |
|---|---|---|---|

TroyGould PC
1801 Century Park East
16th Floor
Los Angeles, CA 90067

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Credit Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $632.52 |
|---|---|---|---|

Tyco Integrated Security LLC
P.O. Box 371967
Pittsburgh, PA 15250-7967

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Credit Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

U.S. Securities & Exchange Com

Washington, DC 20549

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,290.00 |
|---|---|---|---|

Unlimited Services
2535 Camino Del Rio South
Suite 205
San Diego, CA 92108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Credit Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,321.00 |
|---|---|---|---|

Vanorsdale Insurance Service
6165 Greenwich Drive, Ste 200
San Diego, CA 92122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Credit Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Vinatronic, Inc.
15571 Industry Lane
Huntington Beach, CA 92649

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Xenonics Holdings, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $964.40 |
|---|---|---|---|

Waste Management
P.O. Box 541065
Los Angeles, CA 90054-1065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Credit Debt 

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20,645.00 |
|---|---|---|---|

Windes & McClaughry
111 West Ocean Blvd
22nd Floor
Long Beach, CA 90801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Credit Debt 

Is the claim subject to offset? ■ No ☐ Yes

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 419,742.07 |
| **5b. Total claims from Part 2** | 5b. + | $ 943,961.89 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 1,363,703.96 |

| Fill in this information to identify the case: |
|---|

Debtor name      Xenonics Holdings, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | Lease for Avaya Platform | |
| State the term remaining | unknown | |
| List the contract number of any government contract | | AdvanTel Networks<br>2222 Trade Zone Blvd.<br>San Jose, CA 95131-1845 |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest | Lease for copiers | |
| State the term remaining | Expires February 22, 2017 | |
| List the contract number of any government contract | | Diversified Business Solutions<br>9771 Clairemont Mesa Blvd<br>Suite A<br>San Diego, CA 92124 |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest | Office Building Lease<br>3186 Lionshead Avenue,<br>Suite 100, Carlsbad, CA<br>92110 | |
| State the term remaining | Expires March 31, 2019 | |
| List the contract number of any government contract | | Eklund Properties, Inc.<br>P.O.Box 420834<br>San Diego, CA 92142 |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest | Lease/Rental for Shredder | |
| State the term remaining | unknown | |
| List the contract number of any government contract | | Shred San Diego LLC<br>P.O. Box 84566<br>San Diego, CA 92138 |

**Fill in this information to identify the case:**

Debtor name    Xenonics Holdings, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
    amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    12/15

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | For prior year:<br>From 1/01/2015 to 12/31/2015 | ■ Operating a business<br>☐ Other _____ | $15,195.00 |
   | For year before that:<br>From 10/01/2014 to 9/30/2015 | ■ Operating a business<br>☐ Other _____ | $1,441,000.00 |
   | For the fiscal year:<br>From 10/01/2013 to 9/30/2014 | ■ Operating a business<br>☐ Other _____ | $830,000.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

3/10/16  2:10PM

Debtor    Xenonics Holdings, Inc.                                    Case number *(if known)*_____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   See attached list | | $73,600.23 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

---

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   See attached list | | $53,356.76 | |

5.  **Repossessions, foreclosures, and returns**
   List any property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8.  **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

---

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 2

3/10/16  2:10PM

| Debtor | Xenonics Holdings, Inc. | | Case number *(if known)* | |

---

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**  **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**  **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Solomon Ward<br>401 B Street, Suite 1200<br>San Diego, CA 92101 | | March 3, 2016 | $9,335.00 |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**  **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | Xenonics Holdings, Inc. | Case number *(if known)* | |
|--------|--------------------------|---------------------------|---|

■ Does not apply

| Address | Dates of occupancy From-To |
|---------|----------------------------|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Xenonics 401(k) Savings Plan | EIN: 33-0735966 |

Has the plan been terminated?
☐ No
■ Yes

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | Xenonics Holdings, Inc. | Case number *(if known)* | |
|---|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

Debtor    Xenonics Holdings, Inc.                                    Case number *(if known)*

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  Robinson, Carol<br>6334 Streamview Drive<br>San Diego, CA 92115 | Employee of Debtor |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  SingerLewak/Kathy Lawson<br>10960 Wilshire Blvd<br>Suite 700, 7th Floor<br>Los Angeles, CA 90024 | 2007-2015 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.  Kay, Richard<br>6185 Blue Dawn Trail<br>San Diego, CA 92130 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  U.S. Securities & Exchange Commission<br>Washington, DC 20549 |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

3/10/16 2:10PM

Debtor    Xenonics Holdings, Inc.                                    Case number *(if known)*

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Mary Wolf | 09/30/15 | 535,003.00 |
| | **Name and address of the person who has possession of inventory records** | | |
| | Kay, Richard<br>6185 Blue Dawn Trail<br>San Diego, CA 92130 | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kay, Richard | 6185 Blue Dawn Trail<br>San Diego, CA 92130 | Chief Financial Officer | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No<br>
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Magerman, Alan | 7371 Alicante Road<br>Carlsbad, CA 92009 | Chairman & Chief Executive Officer | Resigned February 2016 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Kennedy, Jeffrey | 28412 Via Mondano<br>San Juan Capistrano, CA 92675 | President & Chief Operating Officer | Resigned February 2016 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Shapiro, Brad | 16 Newcastle Lane<br>Laguna Niguel, CA 92677 | Director | Resigned February 2016 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Fox, Allen | 103 Victory Drive<br>Jupiter, FL 33477 | Director | Resigned February 2016 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No<br>
☑ Yes. Identify below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    Xenonics Holdings, Inc.    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | See attached list | $202,444 | | |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 9, 2016

/s/ Richard S. Kay                                          Richard S. Kay
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    Chief Financial Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

Payment History Report

Activity From: 12/8/2015 to 3/8/2016
**XENONICS HOLDINGS, INC. (XEN)**

| Check Number | Check Date | Name | Check Amount | Description |
|---|---|---|---|---|
| DM | 12/10/2015 | Transfirst LLC | 42.00 | Credit Card Service |
| DM | 12/10/2015 | Paychex | 3,971.37 | Payroll - 3 employees (Coley - Wolf - Huynh) |
| DM | 12/10/2015 | Paychex | 2,340.93 | Payroll Taxes |
| 4713 | 12/10/2015 | Paychex | 2,003.93 | Payroll manual check (Anderson) |
| DM | 12/10/2015 | Paychex | 238.82 | Payroll processing fee |
| 017301 | 12/14/2015 | Eklund Proprerties, Inc. | 10,000.00 | Rent |
| DM | 12/16/2015 | Cal Bank & Trust | 493.00 | Payment on Credit Card balance |
| DM | 12/23/2015 | Paychex | 3,952.28 | Payroll - 3 employees (Coley - Wolf - Huynh) |
| DM | 12/24/2015 | Paychex | 2,331.55 | Payroll Taxes |
| 4717 | 12/23/2015 | Paychex | 2,003.93 | Payroll manual check (Anderson) |
| DM | 12/24/2015 | Waste Management | 324.80 | Garbage service |
| DM | 12/24/2015 | TelePacific | 1,003.95 | Telephone |
| DM | 12/24/2015 | SDG&E | 1,038.95 | Utility |
| DM | 12/24/2015 | IPFS | 4,703.21 | D&O Insurance premium |
| DM | 12/28/2015 | The Hartford | 1,364.04 | Workers Comp Insurance |
| 17302 | 12/28/2015 | Lupita Anderson | 599.92 | Expense reimbursement |
| 17303 | 12/30/2015 | Jeffrey P. Kennedy | 5,000.00 | Short Term Loan Repayment (to meet 12/24/15 payroll) |
| DM | 1/6/2016 | Aflac | 102.36 | Employee insurance |
| DM | 1/8/2016 | Paychex | 3,983.21 | Payroll - 3 employees (Coley - Wolf - Huynh) |
| DM | 1/8/2016 | Paychex | 2,866.49 | Payroll Taxes |
| 4721 | 1/8/2016 | Paychex | 2,007.45 | Payroll manual check (Anderson) |
| DM | 1/11/2016 | Transfirst LLC | 42.00 | Credit Card Service |
| DM | 1/11/2016 | Paychex | 227.32 | Payroll processing fee |
| Wire | 1/12/2016 | Wasseem Kabbara | 5,000.00 | Expense reimbursement for trip to Abu Dhabi |
| DM | 1/12/2016 | Cal Bank & Trust | 30.00 | Wire out transfer fee |
| DM | 1/15/2016 | Cashiers Check for Attorney Christain Curry | 4,000.00 | To deal with building lease foreclosure |
| DM | 1/20/2016 | Petty Cash | 505.00 | For Contract Admin Help |
| 17304 | 1/28/2016 | U.S. Treasury | 1,066.55 | Payroll Taxes |
| DM | 1/29/2016 | Cal Bank & Trust | 30.00 | Bank account fee |
| 017306 | 2/8/2016 | IT Tech Pros, Inc. | 1,500.00 | Computer Services |
| DM | 2/9/2016 | TelePacific | 1,029.42 | Telephone |
| DM | 2/9/2016 | SDG&E | 1,017.29 | Utility |
| DM | 2/10/2016 | Transfirst LLC | 70.80 | Credit Card Service |
| DM | 2/10/2016 | Paychex | 429.66 | Payroll processing fee |
| 17307 | 2/19/2016 | Petty Cash | 600.00 | For Contract Admin Help |
| 17308 | 2/24/2016 | Petty Cash | 720.00 | For Contract Admin Help |
| DM | 2/29/2016 | Cal Bank & Trust | 30.00 | Wire in transfer fee |
| Wire | 3/3/2016 | Solomon Ward Seidenwurm & Smith | 6,900.00 | BK Attorney |
| DM | 3/3/2016 | Cal Bank & Trust | 30.00 | Wire out transfer fee |

Total: 73,600.23

**For Form 207 Part 2 Line 4 – Payments within 1 year to insiders**

**MAGERMAN, ALAN P**

**Activity From: 3/8/2015 to 3/8/2016**
**XENONICS HOLDINGS, INC. (XEN)**

| Check Number | Check Date | Vendor Number | Name | Check Amount | Description |
|---|---|---|---|---|---|
| 017070 | 4/1/2015 | MAG002 | Alan P. Magerman | $ 3,606.16 | Interest payment due on Secured Note |
| 017133 | 5/1/2015 | MAG002 | Alan P. Magerman | 1,991.07 | Reimbursed Health Insurance Premiums(3 months) |
| 017242 | 9/21/2015 | MAG002 | Alan P. Magerman | 5,000.00 | Short Term Loan Repayment |
| 017248 | 9/29/2015 | MAG002 | Alan P. Magerman | 5,000.00 | Short Term Loan Repayment |
| 17280 | 11/17/2015 | MAG002 | Alan P. Magerman | 10,000.00 | Accrued Unpaid Wages |
| 017291 | 12/1/2015 | MAG002 | Alan P. Magerman | 1,991.07 | Reimbursed Health Insurance Premiums(3 months) |
| | | | **TOTAL** | $27,588.30 | |

Run   3/4/2016 9:54:21 AM
A/P   3/4/2016

Page:   1

**For Form 207 Part 2 Line 4 – Payments within 1 year to insiders**
**KENNEDY, JEFFREY P**

Activity From: 3/8/2015 to 3/8/2016
XENONICS HOLDINGS, INC. (XEN)

| Check Number | Check Date | Vendor Number | Name | Check Amount | Description |
|---|---|---|---|---|---|
| 017007 | 4/1/2015 | KEN002 | Jeffrey P. Kennedy | $ 826.72 | Reimbursed Health Insurance Premium (1 mo) & misc |
| 017068 | 4/1/2015 | KEN002 | Jeffrey P. Kennedy | 3,606.16 | Interest payment due on Secured Note |
| 017131 | 5/1/2015 | KEN002 | Jeffrey P. Kennedy | 826.72 | Reimbursed Health Insurance Premium (1 mo) & misc |
| 017167 | 6/1/2015 | KEN002 | Jeffrey P. Kennedy | 826.72 | Reimbursed Health Insurance Premium (1 mo) & misc |
| 017201 | 7/1/2015 | KEN002 | Jeffrey P. Kennedy | 895.72 | Reimbursed Health Insurance Premium (1 mo) & misc |
| 017236 | 9/15/2015 | KEN002 | Jeffrey P. Kennedy | 2,000.00 | Abu Dhabi trip expenses |
| 017290 | 12/1/2015 | KEN002 | Jeffrey P. Kennedy | 1,176.72 | Reimbursed Health Insurance Premium (1 mo) & misc |
| 017296 | 12/1/2015 | KEN002 | Jeffrey P. Kennedy | 826.72 | Reimbursed Health Insurance Premium (1 mo) & misc |
| 17303 | 12/28/2015 | KEN002 | Jeffrey P. Kennedy | 5,000.00 | Short Term Loan Repayment (to meet 12/24 payroll) |
| | | | TTOAL | $ 15,985.48 | |

**For Form 207 Part 2 Line 4 – Payments within 1 year to insiders**

**KAY, RICHARD S.**

Activity From: 3/8/2015 to 3/8/2016
XENONICS HOLDINGS, INC. (XEN)

| Check Number | Check Date | Vendor Number | Name | Check Amount | Description |
|---|---|---|---|---|---|
| 016995 | 3/10/2015 | KAY001 | Richard Kay | $ 99.00 | Misc Expenses |
| 017006 | 4/1/2015 | KAY001 | Richard Kay | 981.73 | Reimbursed Health Insurance Premium |
| 017105 | 4/14/2015 | KAY001 | Richard Kay | 76.30 | Misc Expenses |
| 017130 | 5/1/2015 | KAY001 | Richard Kay | 995.87 | Reimbursed Health Insurance Premium |
| 017166 | 6/1/2015 | KAY001 | Richard Kay | 995.87 | Reimbursed Health Insurance Premium |
| 017200 | 7/1/2015 | KAY001 | Richard Kay | 995.87 | Reimbursed Health Insurance Premium |
| 017289 | 12/1/2015 | KAY001 | Richard Kay | 1,889.71 | Reimbursed Health Insurance Premium (2 months) |
| | | | TOTAL | $ 6,034.35 | |

**For Form 207 Part 2 Line 4 – Payments within 1 year to insiders**

## MAGERMAN, MICHAEL

**Activity From: 3/8/2015 to 3/8/2016**
**XENONICS HOLDINGS, INC. (XEN)**

| Check Number | Check Date | Vendor Number | Name | Check Amount | Description |
|---|---|---|---|---|---|
| 017071 | 4/1/2015 | MAG004 | Michael Magerman | $ 3,748.63 | Interest payment due on Secured Note |
| | | | **TOTAL** | $ 3,748.63 | |

**FORM 207**
Part 13, Line 30
Salaries to insiders within one year of filing

| LAST NAME | FIRST NAME | HIRE DATE (1) | PAY RATE (1) | PERIOD START | PERIOD END | REC'D PAY UNTIL (2) | WAGES RECEIVED |
|---|---|---|---|---|---|---|---|
| KAY (3) | RICHARD | 5/31/2007 | $72.12 | 3/8/2015 | 3/9/2016 | 7/19/2015 | $32,021 |
| KENNEDY | JEFFREY | 7/15/1997 | $112.12 | 3/8/2015 | 3/9/2016 | 7/5/2015 | $76,242 |
| MAGERMAN | ALAN | 7/15/1997 | $112.12 | 3/8/2015 | 3/9/2016 | 8/2/2015 | $94,181 |

| TOTAL | | | | | | | $202,444 |
|---|---|---|---|---|---|---|---|

(1)  From Payroll report dated 1/8/2016
(2)  Employees continued working, but accrued pay and did not receive pay after these dates
(3)  Mr. Kay worked roughly half time, as needed

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of California

In re   Xenonics Holdings, Inc.       Case No. _____

                        Debtor(s)       Chapter    7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 9,335.00 |
| Prior to the filing of this statement I have received | $ | 9,335.00 |
| Balance Due | $ | 0.00 |

2.  $ __335.00__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

     ☑ Debtor     ☐ Other (specify):

4.  The source of compensation to be paid to me is:

     ☑ Debtor     ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     Representation of the debtors in any litigation, relief from stay actions or any other adversary proceeding.

## CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

March 9, 2016                  /s/ Michael D. Breslauer
*Date*                             Michael D. Breslauer 110259
                                 *Signature of Attorney*
                                 Solomon Ward Seidenwurm & Smith LLP
                                 401 B Street, Suite 1200
                                 San Diego, CA 92101-4295
                                 619-231-0303  Fax: 619-231-4755
                                 mbreslauer@swsslaw.com
                                 *Name of law firm*

3/10/16 2:10PM

**CSD 1008** [08/21/00]
Name, Address, Telephone No. & I.D. No.
Michael D. Breslauer 110259
401 B Street, Suite 1200
San Diego, CA 92101-4295
619-231-0303
110259

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Xenonics Holdings, Inc.

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

PART I (check and complete one):

■ New petition filed. Creditor diskette required.          TOTAL NO. OF CREDITORS: __102__

☐ Conversion filed on _____. *See instructions on reverse side.*
    ☐ Former Chapter 13 converting. Creditor diskette required.          TOTAL NO. OF CREDITORS:____
    ☐ Post-petition creditors added. Scannable matrix required.
    ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original scannable matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
    ☐ Names and addresses are being ADDED.
    ☐ Names and addresses are being DELETED.
    ☐ Names and addresses are being CORRECTED.

PART II (check one):

■ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date: __March 9, 2016__                    /s/ Richard S. Kay
                                         Richard S. Kay/Chief Financial Officer
                                         Signer/Title

**REFER TO INSTRUCTIONS ON REVERSE SIDE**
CSD 1008

CSD 1008 (Page 2) [08/21/00]

## INSTRUCTIONS

1)     Full compliance with <u>Special Requirements for Mailing Addresses</u> (CSD 1007) is required.

2)     A creditors matrix with <u>Verification</u> is required whenever the following occurs:

        a)     A new petition is filed.  Diskette required.

        b)     A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

        c)     An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders.  Scannable matrix format required.

3)     The scannable matrix must be <u>originally</u> typed or printed. It may not be a copy.

4)     CONVERSIONS:

        a)     When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, <u>ALL</u> creditors must be listed on the mailing matrix at the time of filing and accompanied by a <u>Verification</u>.  Diskette required.

        b)     For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, <u>only post-petition creditors need be listed on the mailing matrix</u>. The matrix and <u>Verification</u> must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required.  Scannable matrix format required.

5)     AMENDMENTS AND BALANCE OF SCHEDULES:

        a)     <u>Scannable matrix format required.</u>

        b)     The matrix with <u>Verification</u> is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

        c)     Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6)     Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Ace Industries, Inc.
738 Design Court, Suite 302
Chula Vista, CA 91911


Adler, Robert
26660 Agoura Road
Calabasas, CA 91302


AdvanTel Networks
2222 Trade Zone Blvd.
San Jose, CA 95131-1845


AFLAC
1932 Wynnton Road
Columbus, GA 31999-2000


Anderson, Lupita
6673 Corte Maria
Carlsbad, CA 92009


Armstrong, Robert
2 Perimeter Park South
Suite 100W
Birmingham, AL 35243


AT Conference
P.O. Box 2939
Southampton, NY 11969


Atlantis Group LLC
10660 Wilshire Blvd, Suite 807
Los Angeles, CA 90024


Austin Precision Products, Inc
dba LaRue Tactical
850 County Road 177
Leander, TX 78641

Belson/Goldstein
3692 Bedford Ave, Ste 2-A
Brooklyn, NY 11229


Biderman, Charles
3 Harbor Drive, Suite 112
Sausalito, CA 94965


Blitz, Harvey
71-19 137th Street
Flushing, NY 11367


Bock Trustee, David
4526 Ellenboro Way
Woodland Hills, CA 91364


California Bank & Trust
P.O. Box 30833
Salt Lake City, UT 84130


Colex and Associates, Inc.
P.O. Box 700
Annandale, VA 22003


Coley, Carol
1855 Da Gama Court
Escondido, CA 92026


Cornerstone Machining, Inc.
4870 Lehrer Drive
San Diego, CA 92117


Costigan, Carlton
2 Perimeter Way South
Suite 100W
Birmingham, AL 35243

CT Corporation
P.O. Box 4349
Carol Stream, IL 60197-4349


Cuker Interactive LLC
320 S Cedros Ave, Ste 200
Solana Beach, CA 92075


Darmark Corporation
13225 Gregg Street
Poway, CA 92064


Diversified Business Solutions
9771 Clairemont Mesa Blvd
Suite A
San Diego, CA 92124


Eklund Properties, Inc.
P.O.Box 420834
San Diego, CA 92142


FedEx
P.O. Box 7221
Pasadena, CA 91109-7221


FFG Valuations Inc.
555 Anton Blvd, Ste 1000
Costa Mesa, CA 92626


First Choice Services
6496 Marindustry Place
Suite C
San Diego, CA 92121


First Trust Co of Onaga
fbo Mark Nadel
214 West 9th Street
Onaga, KS 66521

```
Flat Iron Capital
P.O. Box 712195
Denver, CO 80271-2195


Fox, Allen
103 Victory Drive
Jupiter, FL 33477


Freedman, Robert
226 23rd Street
Santa Monica, CA 90402


Gisler, Reto & Lynn
3188 W. Canyon Avenue
San Diego, CA 92123


Gordon, Trevor
5 Norman Place
Greenville, SC 29615


Graywacke Engineering, Inc.
120 Industrial Drive
Mansfield, OH 44904


High Speed Aggregate Inc.
8480 East Orchard Road
Greenwood Village, CO 80111


Howard IP Law Group PC
P.O. Box 226
Fort Washington, PA 19034


Huynh, David
841 Millbrook Place
Escondido, CA 92026
```

Iconic Holdings
2251 San Diego Ave, Ste B150
San Diego, CA 92110


Interwest Transfer Co., Inc.
1981 Murray Holladay Rd,Ste100
P.O. Box 17136
Salt Lake City, UT 84117


IPFS Corporation
P.O. Box 100391
Pasadena, CA 91189-0391


Isaac Management/David Perez
1155 Camino Del Mar #418
Del Mar, CA 92014


IT TechPros Inc.
330 Rancheros Dr. #138
San Marcos, CA 92069


JSJ Investments
6060 N Central Expressway
Suite 500
Dallas, TX 75206


Kay, Richard
6185 Blue Dawn Trail
San Diego, CA 92130


Kennedy, Jeffrey
28412 Via Mondano
San Juan Capistrano, CA 92675


Konsky, James & Joni
3105 Lydia Lane
Bellmore, NY 11710

LightWave PDL Inc.
1216 E. Lexington Ave
Pomona, CA 91766


Magerman, Alan
7371 Alicante Road
Carlsbad, CA 92009


Magerman, Michael
P.O. Box 1013
Poway, CA 92064


Mahoney Software System
1938 Kellogg Avenue
Carlsbad, CA 92008


Metro Fire & Safety
2733 Via Orange Way, Ste 103
Spring Valley, CA 91978


Mitchell, Anthony
1707 Hilo Drive
Vista, CA 92081


Murray  Marion Goldstein Trust
12271 San Sebastian Court
Camarillo, CA 93012


Nadel, Mark IRA
214 West 9th Street
Onaga, KS 66521


NASDAQ OMX Corp Solutions
c/o Wells Fargo Bank NA
Lockbox 11700 POBox 8500
Philadelphia, PA 19178-0700

Neil G. Berkman Associates
3159 Steven Drive
Encino, CA 91436


Norman E. Karel Trust
7409 Via de Fortuna
Carlsbad, CA 92009


Ozer, Scott
29800 Agoura Road #205
Agoura Hills, CA 91301


Palmer, Gary
6936 Florido Road
Las Vegas, NV 89178


Paluska, Jr., William
6202 Longridge Avenue
Van Nuys, CA 91401


Paychex, Inc.
10150 Meanley Drive Ste 200
San Diego, CA 92131


Perez, David
1155 Camino Del Mar #418
Del Mar, CA 92014


Posner, Adam
1316 Sheridan Road
Highland Park, IL 60035


Posner, Steve
SJP Investors
218 Augusta Court
Roslyn, NY 11576

Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874


Robinson, Carol
6334 Streamview Drive
San Diego, CA 92115


RR Donnelly Financial Inc
P.O. Box 932721
Cleveland, OH 44193


Rubin, Paul & Rina
35 Woodcut Lane
Roslyn Heights, NY 11577


Schlachet, David
231-33 10th Avenue, Apr 9B
New York, NY 10011


Schmutter, Norman
1415 Queen Anne Rd
Suite 206
Teaneck, NJ 07666


Schulman, Rachel
18 Radnor Road
Great Neck, NY 11023


Schumsky, Arnold
145 East 27th Street
New York, NY 10016


SDG&E
P.O. Box 25111
Santa Ana, CA 92799

Shapiro, Brad
16 Newcastle Lane
Laguna Niguel, CA 92677


Shea, Darin
10061 Riverside Drive S-600
North Hollywood, CA 91602


Shred San Diego LLC
P.O. Box 84566
San Diego, CA 92138


Singer Lewak
10960 Wilshire Blvd
Suite 700, 7th Floor
Los Angeles, CA 90024


SoCal Transportation
Attn: Gary Croft
1219 E. Barham Drive #103
San Marcos, CA 92078


SpiderNet LLC
312 S Beverly Drive, Unit 7387
Beverly Hills, CA 90212


Standard Insurance Company
75 Remittance Drive Ste 1396
Chicago, IL 60675


Stephen Bock Roth IRA
2 Perimeter Park South
Suite 100W
Birmingham, AL 35243


Strategic Value Advertising
500 8th Avenue, Ste 800
New York, NY 10018

Sunkin, Neil
22908 Gershwin Drive
Woodland Hills, CA 91364


SunMaster Products Inc.
276 Trade Street
San Marcos, CA 92078


Ted Aroney Living Trust
P.O. Box 675447
Rancho Santa Fe, CA 92067


TelePacific Communications
P.O.Box 509013
San Diego, CA 92150


The Burbridge Family Trust
11899 Aragon Way
Nevada City, CA 95959


The Hartford
P.O. Box 660916
Dallas, TX 75266-0916


The Thomas Wallace Trust
17644 Gledhill Street
Northridge, CA 91325


Toshiba Financial Services
P.O. Box 41602
Philadelphia, PA 19101-1602


TroyGould PC
1801 Century Park East
16th Floor
Los Angeles, CA 90067

Tyco Integrated Security LLC
P.O. Box 371967
Pittsburgh, PA 15250-7967


U.S. Securities & Exchange Com
Washington, DC 20549


Unlimited Services
2535 Camino Del Rio South
Suite 205
San Diego, CA 92108


Vanorsdale Insurance Service
6165 Greenwich Drive, Ste 200
San Diego, CA 92122


Vernest Howard-Bercerra
2 Perimeter Park South
Suite 100W
Birmingham, AL 35243


Vinatronic, Inc.
15571 Industry Lane
Huntington Beach, CA 92649


Vista Capital Investments LLC
406 9th Avenue, Ste 201
San Diego, CA 92101


Waste Management
P.O. Box 541065
Los Angeles, CA 90054-1065


Windes & McClaughry
111 West Ocean Blvd
22nd Floor
Long Beach, CA 90801

Wolf, Mary
1410 San Simeon Street
Oceanside, CA 92054


Wong, Derek
2 Perimeter Park South
Suite 100W
Birmingham, AL 35243


Wong, Holly
2 Perimeter Park South
Suite 100 W
Birmingham, AL 35243