## Notice Recipients

District/Off: 0974–3     User: Admin.     Date Created: 3/14/2016
Case: 16–01313–LA7     Form ID: 309C     Total: 112

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Xenonics Holdings, Inc. | 3186 Lionshead Avenue, Suite 100 | Carlsbad, CA 92010 |
| ust | United States Trustee | Office of the U.S. Trustee | 402 West Broadway, Suite 600    San Diego, CA 92101–8511 |
| tr | Ronald E. Stadtmueller | 10755 Scripps Poway Pkwy., #370 | San Diego, CA 92131 |
| aty | Michael D. Breslauer | Solomon Ward Seidenwurm & Smith, LLP | 401 B Street, Suite 1200    San Diego, CA 92101 |
| smg | United States Trustee | Office of the U.S. Trustee | 402 West Broadway, Ste. 600    San Diego, CA 92101–8511 |
| smg | Employment Develop. Dept., State of CA | Bankruptcy Unit – MIC 92E | P.O. Box 826880    Sacramento, CA 94280 |
| smg | Div. of Labor Standards Enforcement | 7575 Metropolitan Drive, Suite 210 | San Diego, CA 92108 |
| smg | State Board of Equalization | P.O. Box 942879 | Sacramento, CA 94279 |
| smg | Dun & Bradstreet | Attn: Lynne Roberts, 2nd Floor    3501 Corporate Parkway | PO Box 520    Center Valley, PA 18034–0520 |
| smg | Franchise Tax Board | Attn: Bankruptcy    P.O. Box 2952 | Sacramento, CA 95812–2952 |
| 14096083 | AFLAC | 1932 Wynnton Road | Columbus, GA 31999–2000 |
| 14096086 | AT Conference | P.O. Box 2939 | Southampton, NY 11969 |
| 14096080 | Ace Industries, Inc. | 738 Design Court, Suite 302 | Chula Vista, CA 91911 |
| 14096081 | Adler, Robert | 26660 Agoura Road | Calabasas, CA 91302 |
| 14096082 | AdvanTel Networks | 2222 Trade Zone Blvd. | San Jose, CA 95131–1845 |
| 14096084 | Anderson, Lupita | 6673 Corte Maria | Carlsbad, CA 92009 |
| 14096085 | Armstrong, Robert | 2 Perimeter Park South    Suite 100W | Birmingham, AL 35243 |
| 14096087 | Atlantis Group LLC | 10660 Wilshire Blvd, Suite 807 | Los Angeles, CA 90024 |
| 14096088 | Austin Precision Products, Inc    dba LaRue Tactical | 850 County Road 177 | Leander, TX 78641 |
| 14096089 | Belson/Goldstein | 3692 Bedford Ave, Ste 2–A | Brooklyn, NY 11229 |
| 14096090 | Biderman, Charles | 3 Harbor Drive, Suite 112 | Sausalito, CA 94965 |
| 14096091 | Blitz, Harvey | 71–19 137th Street | Flushing, NY 11367 |
| 14096092 | Bock Trustee, David | 4526 Ellenboro Way | Woodland Hills, CA 91364 |
| 14096098 | CT Corporation | P.O. Box 4349 | Carol Stream, IL 60197–4349 |
| 14096093 | California Bank & Trust | P.O. Box 30833 | Salt Lake City, UT 84130 |
| 14096094 | Colex and Associates, Inc. | P.O. Box 700 | Annandale, VA 22003 |
| 14096095 | Coley, Carol | 1855 Da Gama Court | Escondido, CA 92026 |
| 14096096 | Cornerstone Machining, Inc. | 4870 Lehrer Drive | San Diego, CA 92117 |
| 14096097 | Costigan, Carlton | 2 Perimeter Way South    Suite 100W | Birmingham, AL 35243 |
| 14096099 | Cuker Interactive LLC | 320 S Cedros Ave, Ste 200 | Solana Beach, CA 92075 |
| 14096100 | Darmark Corporation | 13225 Gregg Street | Poway, CA 92064 |
| 14096101 | Diversified Business Solutions | 9771 Clairemont Mesa Blvd    Suite A | San Diego, CA 92124 |
| 14096102 | Eklund Properties, Inc. | P.O.Box 420834 | San Diego, CA 92142 |
| 14096104 | FFG Valuations Inc. | 555 Anton Blvd, Ste 1000 | Costa Mesa, CA 92626 |
| 14096103 | FedEx | P.O. Box 7221 | Pasadena, CA 91109–7221 |
| 14096105 | First Choice Services | 6496 Marindustry Place    Suite C | San Diego, CA 92121 |
| 14096106 | First Trust Co of Onaga    fbo Mark Nadel | 214 West 9th Street | Onaga, KS 66521 |
| 14096107 | Flat Iron Capital | P.O. Box 712195 | Denver, CO 80271–2195 |
| 14096108 | Fox, Allen | 103 Victory Drive | Jupiter, FL 33477 |
| 14096109 | Freedman, Robert | 226 23rd Street | Santa Monica, CA 90402 |
| 14096110 | Gisler, Reto & Lynn | 3188 W. Canyon Avenue | San Diego, CA 92123 |
| 14096111 | Gordon, Trevor | 5 Norman Place | Greenville, SC 29615 |
| 14096112 | Graywacke Engineering, Inc. | 120 Industrial Drive | Mansfield, OH 44904 |
| 14096113 | High Speed Aggregate Inc. | 8480 East Orchard Road | Greenwood Village, CO 80111 |
| 14096114 | Howard IP Law Group PC | P.O. Box 226 | Fort Washington, PA 19034 |
| 14096115 | Huynh, David | 841 Millbrook Place | Escondido, CA 92026 |
| 14096118 | IPFS Corporation | P.O. Box 100391 | Pasadena, CA 91189–0391 |
| 14096120 | IT TechPros Inc. | 330 Rancheros Dr. #138 | San Marcos, CA 92069 |
| 14096116 | Iconic Holdings | 2251 San Diego Ave, Ste B150 | San Diego, CA 92110 |
| 14096117 | Interwest Transfer Co., Inc. | 1981 Murray Holladay Rd,Ste100    P.O. Box 17136 | Salt Lake City, UT 84117 |
| 14096119 | Isaac Management/David Perez | 1155 Camino Del Mar #418 | Del Mar, CA 92014 |
| 14096121 | JSJ Investments | 6060 N Central Expressway    Suite 500 | Dallas, TX 75206 |
| 14096122 | Kay, Richard | 6185 Blue Dawn Trail | San Diego, CA 92130 |
| 14096123 | Kennedy, Jeffrey | 28412 Via Mondano | San Juan Capistrano, CA 92675 |
| 14096124 | Konsky, James & Joni | 3105 Lydia Lane | Bellmore, NY 11710 |
| 14096125 | LightWave PDL Inc. | 1216 E. Lexington Ave | Pomona, CA 91766 |
| 14096126 | Magerman, Alan | 7371 Alicante Road | Carlsbad, CA 92009 |
| 14096127 | Magerman, Michael | P.O. Box 1013 | Poway, CA 92064 |
| 14096128 | Mahoney Software System | 1938 Kellogg Avenue | Carlsbad, CA 92008 |
| 14096129 | Metro Fire & Safety | 2733 Via Orange Way, Ste 103 | Spring Valley, CA 91978 |
| 14096130 | Mitchell, Anthony | 1707 Hilo Drive | Vista, CA 92081 |
| 14096131 | Murray Marion Goldstein Trust | 12271 San Sebastian Court | Camarillo, CA 93012 |

| | | | |
|---|---|---|---|
| 14096133 | NASDAQ OMX Corp Solutions | c/o Wells Fargo Bank NA | Lockbox 11700 POBox 8500    Philadelphia, PA 19178–0700 |
| 14096132 | Nadel, Mark IRA | 214 West 9th Street | Onaga, KS 66521 |
| 14096134 | Neil G. Berkman Associates | 3159 Steven Drive | Encino, CA 91436 |
| 14096135 | Norman E. Karel Trust | 7409 Via de Fortuna | Carlsbad, CA 92009 |
| 14096136 | Ozer, Scott | 29800 Agoura Road #205 | Agoura Hills, CA 91301 |
| 14096137 | Palmer, Gary | 6936 Florido Road | Las Vegas, NV 89178 |
| 14096138 | Paluska, Jr., William | 6202 Longridge Avenue | Van Nuys, CA 91401 |
| 14096139 | Paychex, Inc. | 10150 Meanley Drive Ste 200 | San Diego, CA 92131 |
| 14096140 | Perez, David | 1155 Camino Del Mar #418 | Del Mar, CA 92014 |
| 14096141 | Posner, Adam | 1316 Sheridan Road | Highland Park, IL 60035 |
| 14096142 | Posner, Steve | SJP Investors    218 Augusta Court | Roslyn, NY 11576 |
| 14096143 | Purchase Power | P.O. Box 371874 | Pittsburgh, PA 15250–7874 |
| 14096145 | RR Donnelly Financial Inc | P.O. Box 932721 | Cleveland, OH 44193 |
| 14096144 | Robinson, Carol | 6334 Streamview Drive | San Diego, CA 92115 |
| 14096146 | Rubin, Paul & Rina | 35 Woodcut Lane | Roslyn Heights, NY 11577 |
| 14096151 | SDG&E | P.O. Box 25111 | Santa Ana, CA 92799 |
| 14096147 | Schlachet, David | 231–33 10th Avenue, Apr 9B | New York, NY 10011 |
| 14096148 | Schmutter, Norman | 1415 Queen Anne Rd    Suite 206 | Teaneck, NJ 07666 |
| 14096149 | Schulman, Rachel | 18 Radnor Road | Great Neck, NY 11023 |
| 14096150 | Schumsky, Arnold | 145 East 27th Street | New York, NY 10016 |
| 14096152 | Shapiro, Brad | 16 Newcastle Lane | Laguna Niguel, CA 92677 |
| 14096153 | Shea, Darin | 10061 Riverside Drive S–600 | North Hollywood, CA 91602 |
| 14096154 | Shred San Diego LLC | P.O. Box 84566 | San Diego, CA 92138 |
| 14096155 | Singer Lewak | 10960 Wilshire Blvd    Suite 700, 7th Floor | Los Angeles, CA 90024 |
| 14096156 | SoCal Transportation | Attn: Gary Croft    1219 E. Barham Drive #103 | San Marcos, CA 92078 |
| 14096157 | SpiderNet LLC | 312 S Beverly Drive, Unit 7387 | Beverly Hills, CA 90212 |
| 14096158 | Standard Insurance Company | 75 Remittance Drive Ste 1396 | Chicago, IL 60675 |
| 14096159 | Stephen Bock Roth IRA | 2 Perimeter Park South    Suite 100W | Birmingham, AL 35243 |
| 14096160 | Strategic Value Advertising | 500 8th Avenue, Ste 800 | New York, NY 10018 |
| 14096162 | SunMaster Products Inc. | 276 Trade Street | San Marcos, CA 92078 |
| 14096161 | Sunkin, Neil | 22908 Gershwin Drive | Woodland Hills, CA 91364 |
| 14096163 | Ted Aroney Living Trust | P.O. Box 675447 | Rancho Santa Fe, CA 92067 |
| 14096164 | TelePacific Communications | P.O.Box 509013 | San Diego, CA 92150 |
| 14096165 | The Burbridge Family Trust | 11899 Aragon Way | Nevada City, CA 95959 |
| 14096166 | The Hartford | P.O. Box 660916 | Dallas, TX 75266–0916 |
| 14096167 | The Thomas Wallace Trust | 17644 Gledhill Street | Northridge, CA 91325 |
| 14096168 | Toshiba Financial Services | P.O. Box 41602 | Philadelphia, PA 19101–1602 |
| 14096169 | TroyGould PC | 1801 Century Park East    16th Floor | Los Angeles, CA 90067 |
| 14096170 | Tyco Integrated Security LLC | P.O. Box 371967 | Pittsburgh, PA 15250–7967 |
| 14096171 | U.S. Securities & Exchange Com | Washington, DC 20549 | |
| 14096172 | Unlimited Services | 2535 Camino Del Rio South    Suite 205 | San Diego, CA 92108 |
| 14096173 | Vanorsdale Insurance Service | 6165 Greenwich Drive, Ste 200 | San Diego, CA 92122 |
| 14096174 | Vernest Howard–Bercerra | 2 Perimeter Park South    Suite 100W | Birmingham, AL 35243 |
| 14096175 | Vinatronic, Inc. | 15571 Industry Lane | Huntington Beach, CA 92649 |
| 14096176 | Vista Capital Investments LLC | 406 9th Avenue, Ste 201 | San Diego, CA 92101 |
| 14096177 | Waste Management | P.O. Box 541065 | Los Angeles, CA 90054–1065 |
| 14096178 | Windes & McClaughry | 111 West Ocean Blvd    22nd Floor | Long Beach, CA 90801 |
| 14096179 | Wolf, Mary | 1410 San Simeon Street | Oceanside, CA 92054 |
| 14096180 | Wong, Derek | 2 Perimeter Park South    Suite 100W | Birmingham, AL 35243 |
| 14096181 | Wong, Holly | 2 Perimeter Park South    Suite 100 W | Birmingham, AL 35243 |

TOTAL: 112